(Official Form B1, P1, 12-03)

| UNITED STATES BANKRUPTCY COURT NORTHERN | DISTRICT OF Illinois | **Voluntary Petition** |
|---|---|---|

| Name of Debtor(If individual, enter Last, First, Middle): HAYNES | Name of Joint Debtor (Spouse) (Last, First, Middle): HAYNES, LYNNETTE M |
|---|---|
| All Other Names used by debtor in the last 6 years (include married, maiden and trade names): | All Other Names used by the joint debtor in the last 6 years (include married, maiden and trade names): a/k/a   Lynne Haynes  a/k/a   Lynne M Haynes |
| Last four digits of Soc. Sec.No/Complete EIN or other Tax I.D. No. (If more than one, state all) 7220 | Last four digits of Soc. Sec.No/Complete EIN or other Tax I.D. No. (If more than one, state all) 7976 |
| Street Address of Debtor (No. and street, city, state, zip): 10044  HUNTINGTON  CT  ORLAND PARK, IL  60462 | Street Address of Joint Debtor  (No. and Street, City, State, Zip Code): 10044  HUNTINGTON  CT  ORLAND PARK, IL  60462 |
| County of Residence or of the Principal Place of Business: Cook | County of Residence or of the Principal Place of Business: Cook |
| Mailing Address of Debtor (If different from street address) | Mailing Address of Joint Debtor (If different from street address): |
| Location of Principal Assets of Business Debtor (If different from addresses listed above) | |

## Information Regarding the Debtor  (Check the Applicable Boxes)

Venue: (Check: any applicable box)
- ☒ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

| **Type of Debtor** (Check all applicable box) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ☒ Individual(s)           ☐ Railroad | ☒ Chapter 7      ☐ Chapter 11      ☐ Chapter 13 |
| ☐ Corporation            ☐ Stockbroker | ☐ Chapter 9      ☐ Chapter 12 |
| ☐ Partnership            ☐ Commodity Broker | ☐ Sec. 304-Case ancillary to foreign proceeding |
| ☐ Other | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☒ Consumer/Non-business      ☐ Business | ☒ Filing fee attached. |
| **Chapter 11, Small Business** (Check all boxes that apply) | ☐ Filing fee to be paid in installments. (Applicable to individuals only) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | Must attach signed application for the court's consideration certifying |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | that the debtor is unable to pay fee except in installments. Rule 1006(b). See Offical Form No.3. |

| Statistical/Administrative Information (Estimates Only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors. | |
| ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

Estimated Assets (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |



**Official Form B1 P2, 12-03**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | HAYNES |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Larry & Lynnette Haynes**
  Signature of Debtor

X _____
  Signature of Joint Debtor

  Telephone Number (if not represented by attorney)
  Date:

### Signature of Attorney

X **Frank A Scafuri**
  Signature of Attorney for Debtor(s)

**FRANK A SCAFURI**
  Printed Name of Attorney for Debtor(s)
**Attorney At Law**
  Firm Name
**80 S LAGRANGE RD   Suite 8**
  Address
**LAGRANGE,  IL  60525**

**708 482-8122**
  Telephone Number
  Date:

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **Frank A Scafuri**
  Signature of Attorney for Debtor(s)    Date

### EXHIBIT C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Signature(s) of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Authorized Individual

_____
  Print or Type Name of Authorized Individual

_____
  Title of Authorized Individual by Debtor to File this Petition
  Date:

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
  Printed Name of Bankruptcy Petition Preparer

_____
  Social Security Number (Required by 11 U.S.C. 110(c))

_____
  Address

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
  Signature of Bankruptcy Petition Preparer
Date:

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.

**Blumberg** Excelsior, Publisher, NYC 10013

Form B6 SUM W (11-95)

# UNITED STATES BANKRUPTCY COURT NORTHERN     DISTRICT OF Illinois

In re: HAYNES
      HAYNES, LYNNETTE M

Debtor(s)   Case No.                    (if known)

See summary below for the list of schedules.  Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS:  Schedules D, E and F have been designed for the listing of each claim only once.  Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once.  A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only.  Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and  J in  the  boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | x | 1 | 325000.00 | | |
| B - Personal Property | x | 5 | 43850.00 | | |
| C - Property Claimed as Exempt | x | 2 | | | |
| D - Creditors Holding Secured Claims | x | 2 | | 431600.00 | |
| E - Creditors Holding Unsecured Priority Claims | x | 2 | | 46250.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | x | 12 | | 606208.00 | |
| G - Executory Contracts and Unexpired Leases | x | 1 | | | |
| H - Codebtors | x | 1 | | | |
| I - Current Income of Individual Debtor(s) | x | 1 | | | 2743.00 |
| J - Current Expenditures of Individual Debtor(s) | x | 1 | | | 2732.00 |
| Total Number of Sheets of All Schedules | | 28 | | | |
| Total Assets | | | 368850.00 | | |
| Total Liabilities | | | | 1084058.00 | |

**Blumberg**Excelsior, Publisher, NYC  10013

**Form B6 A W (12-95)**

In re: HAYNES
     HAYNES, LYNNETTE M                          Debtor(s)  Case No.                    (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single Family Residence<br>11919 Fane Ct<br>Oorland Park, IL  60467 | Fee Simple /<br>Joint Owners | J | 325,000.00 | 293,500.00 |
| | | | | |
| | Total -> | | $325,000.00 | (Report also on Summary of Schedules) |

BlumbergExcelsior, Publisher, NYC 10013

**Form B6 B W (11-95)**

In re:  HAYNES
        HAYNES, LYNNETTE M

Debtor(s)   Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01 Cash on hand | | Cash on hand | J | 50.00 |
| 02 Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 03 Security Deposits with public utilities, telephone companies, landlords and others. | | White Hen Pantry Franchise Security Deposit | J | 5,000.00 |
| 04 Household goods and furnishings including audio, video, and computer equipment. | | Furniture to front room, dining room, family room, bedroom set, 3 TV's, CD/DVD player, computer/printer, utensils | J | 1,200.00 |
| 05 Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, CD's, DVD's | | 150.00 |
| 06 Wearing apparel. | | Wearing Apparel At residence | | 500.00 |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)   Total ->   $   6,900.00

_____  continuation sheets attached

**Blumberg**Excelsior, Publisher, NYC 10013

**Form B6 B W (11-95)**

In re: HAYNES
HAYNES, LYNNETTE M

Debtor(s)   Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 07  Furs and jewelry. | | Wedding rings | J | 750.00 |
| 08  Firearms and sports, photographic and other hobby equipment. | X | | | |
| 09  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10  Annuities. Itemize and name each issuer. | X | | | |
| 11  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | 401k Retirement Account Albertson's  ( Jewel Foods) c/o Fidelity investments PO Box 145426 Cincinnati, Ohio  45250-5426 | H | 24,000.00 |
| | | IRA Mid-America Bank | J | 700.00 |
| 12  Stock and interest in incorporated and unincorporated businesses. Itemize. | | Owners of all Shares of Stock in EZIO'S INC an Illinois Corporation | J | 0.00 |
| 13  Interest in partnerships or joint ventures. Itemize. | X | | | |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)   Total -> | $ | 32,350.00

_____  continuation sheets attached

Blumberg Excelsior, Publisher, NYC 10013

**Form B6 B W (11-95)**

In re:  HAYNES
        HAYNES, LYNNETTE M                    Debtor(s)   Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14 Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15 Accounts receivable. | X | | | |
| 16 Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17 Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18 Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19 Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy or trust. | X | | | |
| 20 Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | | | | |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)   Total ->   $        32,350.00

_____   continuation sheets attached

Blumberg Excelsior, Publisher, NYC 10013

Form B6 B W (11-95)

In re:  HAYNES
        HAYNES, LYNNETTE M

Debtor(s)    Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | X | | | |
| 21 Patents, copyrights, and other general intellectual property. Give particulars. | X | | | |
| 22 Licenses, franchises, and other general intangible. Give particulars. | X | | | |
| 23 Automobiles, trucks, trailers, and other vehicles and accessories. | | 1992 Buick  Century At Residence | J | 2,000.00 |
| | | 2002 Saturn SC1 At Residence | J | 8,500.00 |
| | | 1997 Harley Davidson 1200cc in possession of son, Christopher Haynes Last known address: 27 S Roselle Apt 1-H Roselle, Il 60177 | H | 1,000.00 |
| 24 Boats, motors, and accessories. | X | | | |
| 25 Aircraft and accessories. | X | | | |
| 26 Office equipment, furnishings, and supplies. | X | | | |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)    Total -> $       43,850.00

_____  continuation sheets attached

Blumberg Excelsior, Publisher, NYC 10013

**Form B6 B W (11-95)**

In re:   HAYNES
         HAYNES, LYNNETTE M                                    Debtor(s)   Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27 Machinery, fixtures, equipment, and supplies used in business. | x | | | |
| 28 Inventory. | x | | | |
| 29 Animals. | x | | | |
| 30 Crops-growing or harvested. Give particulars. | x | | | |
| 31 Farming equipment and implements. | x | | | |
| 32 Farm supplies, chemicals and feed. | x | | | |
| 33 Other personal property of any kind not already listed. Itemize. | x | | | |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)   Total ->   $        43,850.00

_____   continuation sheets attached

**Form B6 C W (11-95)**

In re: HAYNES
HAYNES, LYNNETTE M                                    Debtor(s)   Case No.                    (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one Box).

☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d).  Note:  These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Single Family Residence 11919 Fane Ct Oorland Park, IL  60467 | 735 ILCS 5/12-901 Residence | 15,000.00 | 325,000.00 |
| Cash on hand | | 50.00 | 50.00 |
| Owners of all Shares of Stock in EZIO'S INC an Illinois Corporation | 735 ILCS 5/12 1001(b) personal property | 0.00 | 0.00 |
| Wearing Apparel At residence | 735 ILCS 5/12-1001 (a)(e) Necessary wearing apparel | 500.00 | 500.00 |
| Wedding rings | 735 ILCS 5/12 1001(b) personal property | 750.00 | 750.00 |
| Furniture to front room, dining room, family room, bedroom set, 3 TV's, CD/DVD player, computer/printer, utensils | 735 ILCS 5/12 1001(b) personal property | 1,200.00 | 1,200.00 |
| Books, CD's, DVD's | 735 ILCS 5/12-1001(b) Equity Interest in any Other Property | 150.00 | 150.00 |
| 1992 Buick  Century At Residence | 735 ILCS 5/12-1001(c) Motor Vehicle | 2,000.00 | 2,000.00 |
| 2002 Saturn SC1 At Residence | 735 ILCS 5/12-1001(c) Motor Vehicle | 400.00 | 8,500.00 |

**Blumberg**Excelsior, Publisher, NYC 10013

**Form B6 C W (11-95)**

In re: HAYNES
      HAYNES, LYNNETTE M              Debtor(s)   Case No.           (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one Box).

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 401k Retirement Account Albertson's  ( Jewel Foods) c/o Fidelity investments PO Box 145426 Cincinnati, Ohio  45250-5426 | 735 ILCS 5/12-1006 Retirement Funds | 24,000.00 | 24,000.00 |
| IRA Mid-America Bank | 735 ILCS 5/12-1006 Retirement Funds | 700.00 | 700.00 |

Form B6 D W (12/03)

In re: HAYNES
HAYNES, LYNNETTE M

Debtor(s)   Case No.                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DE BT | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C # | | H | VALUE $          6,500.00 | 13,000.00 | 6,500.00 | |
| Albertson's Sav & Retireme c/o Fidelity Investments 82 Devonshire St Boston, MA  02109 | | | 8/2004  &  12/2004 Consumer loans | | | |
| A/C # | | J | VALUE $          8,500.00 | 9,000.00 | 500.00 | |
| Chase / Special Installmen 200 Marcus  Ave 2nd Floor New Hyde Park, NY  11040 | | | 10/2003 Saturn Auto Loan 2002 Saturn | | | |
| A/C #      7000560429 | | J | VALUE $         38,200.00 | 38,200.00 | | |
| Chrysler Fiancial Chrysler Credit Corporatio c/o Grossman, Mitzenmacher 53 W Jackson Blvd Chicago, Il 60604 | | | LEASE dated 6/9/2004 for 2  2004 Chrysler Sebring autos | | | |
| A/C #      7000560431 | | J | VALUE $         38,200.00 | 38,200.00 | | |
| Chrysler Financial PO  Box  9223 Farmington Hills, MI 48333 | | | Lease dated  6/9/2004 for 2  2004 Chrysler Sebring autoS | | | |
| A/C #      141205096 | | J | VALUE $          1,500.00 | 1,500.00 | | |
| Green Tree 800 Landmark Towers 345 St Peter St Saint Paul, MN 55102 | | | 5/2000 Purchase of a  1995 HARLEY DAVIDSON motorcycle | | | |
| A/C # | | J | VALUE $         38,200.00 | 38,200.00 | 0.00 | |
| Mancari's of Orland Inc 8821 W  159TH  ST Orland Hills, IL 60477 | | | 6/2004 Lease of  two 2004 Chrysler Sebring autos | | | |
| A/C#      0760454085 | | J | VALUE $        325,000.00 | 51,500.00 | | |
| Mid America Bank 55th  &  Holmes Ave Clarendon Hills, IL 60514 | | | 9/7/2002   Equity Loan secured by residence of 11919 Fane Ct Orland Park, Il 60467 | | | |

|  | Subtotal -> (Total of this page) | 189,600.00 |
|---|---|---|
| X | Total -> | 189,600.00 |

_____ Continuation Sheets attached. (use only on last page of the completed Schedule D.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.        (Report total also on Summary of Schedules)

Form B6 D W (12/03)

In re: HAYNES
HAYNES, LYNNETTE M

Debtor(s)   Case No.                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DE BT | H W J C J | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C # 120013089 | | | VALUE $       325,000.00 | 242,000.00 | | |
| Mid America Bank 55th & Holmes Ave Clarendon Hills, IL 6051 | | | 1st mortgage dated 9/21/1998 secured by residence of 11919 Fane Ct Orland Park, Il 60467 | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |

|  | Subtotal -> (Total of this page) | 242,000.00 |
|---|---|---|
|  | Total -> | 431,600.00 |

_____Continuation Sheets attached. (use only on last page of the completed Schedule D.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.      (Report total also on Summary of Schedules)

Form B6 E W (Rev 12/03)

In re: HAYNES
HAYNES, LYNNETTE M          Debtor(s)   Case No.                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☒ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4650 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(3)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4650 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $1950 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(8).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO D E B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | C U D * |
|---|---|---|---|---|---|---|
| A/C # | | J | | 250.00 | | |
| City of Oak Forest 15440  S  Central Ave Oak Forest,  Il 60452 | | | 2/2005 Utility Bill / Water service | | | |
| A/C # | | J | | 2,000.00 | 2,000.00 | |
| Direct Loans PO Box 7202 Utica, NY 13504-7202 | | | 3/2005  Loan | | | |
| A/C # | | | | 27,500.00 | 27,500.00 | |
| Internal Revenue Service PO  Box  745 District Director Chicago, Il 60690 | | | 4/15/2002 2001 Income Tax & penalties | | | |

Subtotal -> (Total of this page)   29,750.00

Total -> (use only on last page of the completed Schedule E.)   29,750.00

__X__ Continuation Sheets attached.

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.          (Report total also on Summary of Schedules)

Form B6 EE W (12/03)

In re: HAYNES
HAYNES, LYNNETTE M                          Debtor(s)    Case No.              (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO D E B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | C U D * |
|---|---|---|---|---|---|---|
| A/C # | | J | | 16,500.00 | 16,500.00 | |
| Internal Revenue Service PO Box 745 District Director Chicago, Il 60690 | | | 4/15/2003 Tax Year 2002 | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |

|  |  |
|---|---|
| Subtotal -> (Total of this page) | 16,500.00 |
| Total -> (use only on last page of the completed Schedule E.) | 46,250.00 |

_____ Continuation Sheets attached.

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.      (Report total also on Summary of Schedules)

FORM B6F(Official Form6F) (12/03)    Blumberg Excelsior, Publisher, NYC 10013

Debtor  **HAYNES**
 In re:  HAYNES, LYNNETTE M                      .                                    Case No. _____
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>A Barr Sales, Inc<br>4424 Prescott<br>Lyons, Il 60534 | | J | 2/2005<br>Rent Fee equipment | | | | 10.00 |
| ACCOUNT NO.  5491130019161181<br>A T & T Universal Card<br>8787  Baypine Rd<br>Jacksonville,  FL  32256 | | J | Charge card<br>Various dates and<br>purchases | | | | 19,000.00 |
| ACCOUNT NO.<br><br>Acousti-Care<br>Ceiling Tile Specialists<br>1161 Squire Dr<br>Aurora, Il 60505 | | J | 2/2005<br>Repair service | | | | 450.00 |
| ACCOUNT NO.<br><br>Alarm Detection Systems<br>1111 Church Rd<br>Aurora, Il  60505 | | | 11/2001<br>Security system | | | | 0.00 |
| ACCOUNT NO.<br><br>American Bottling Co<br>21431  Netwrok Pl<br>Chicago, Il 60673 | | | Various dates<br>Inventory purchases | | | | 0.00 |
| ACCOUNT NO.<br><br>Anderson's Pest Control<br>219  W  Diversey<br>Elmhurst, Il 60126 | | J | Various dates<br>Pest control services | | | | 50.00 |

|  | Subtotal | $ 19,510.00 |
|---|---|---|
|  | Total | $ 19,510.00 |

__x__ continuation sheets attached.

(Use only on last page of completed Schedule F.)

FORM B6F(Official Form6F) (12/03)   Blumberg Excelsior, Publisher, NYC   10013

Debtor  **HAYNES**
 In re:  **HAYNES, LYNNETTE M**                              .                                           Case No.

                                                                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4366141022183513<br>Bank One<br>800 Brooksedge  Blvd<br>Westerville,  OH  43081-2 | | J | Charge Card<br>Various dates | | | | 18,500.00 |
| ACCOUNT NO.<br>Berkel Midwest Sales & Se<br>4900  W  128th  Pl<br>Alsip, Il 60803 | | J | 2/2005<br>Repair service | | | | 175.00 |
| ACCOUNT NO.<br>Bright Electrical Supply<br>1401 W Washington Blvd<br>Chicago, Il 60607 | | J | 2/2005<br>Repair parts and service | | | | 600.00 |
| ACCOUNT NO.<br>CJ Vitner<br>4202  W  45th  St<br>Chicago, IL 60632 | | J | Various dates<br>Purchase of business inventory | | | | 750.00 |
| ACCOUNT NO.<br>CJ Vitner<br>c/o Biehl & Biehl<br>411 E Irving Park d<br>Bensenville, Il 60106 | | J | Various dates<br>Installment account<br>Purchase of business inventory | | | | 750.00 |
| ACCOUNT NO. 6386<br>Capital One<br>PO  Box  85520<br>Richmond,  VA  23285-5520 | | J | Chrage Card<br>Various dates | | | | 5,700.00 |

|  |  |
|---|---|
| Subtotal | $ 26,475.00 |
| Total | $ 45,985.00 |

___x___ continuation sheets attached.

(Use only on last page of completed Schedule F.)

FORM B6F(Official Form6F) (12/03)    Blumberg Excelsior, Publisher, NYC 10013

Debtor  HAYNES
 In re:  HAYNES, LYNNETTE M                    ,                    Case No.
                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3513 <br><br> Chase Bank USA <br> 270  Park Ave <br> New York,  NY  10017-2070 | | | Charge card <br> Various dates | | | | 18,500.00 |
| ACCOUNT NO. <br><br> Chicago Baking Co <br> 500 N Fulton Ave <br> Evansville,  IN  47710 | | J | Various dates <br> Food supplies | | | | 0.00 |
| ACCOUNT NO. <br><br> Chicago Filter Co <br> 221 King St <br> Elk Grove Village, Il <br>                     600 | | J | Various dates <br> Maintenance supplies | | | | 0.00 |
| ACCOUNT NO. <br><br> Chicago Sign <br> PO  BOx  75 <br> Wheaton,  Il  60189-0075 | | J | 2/2005 <br> Repair parts and service | | | | 150.00 |
| ACCOUNT NO. <br><br> Citibank (So Dakota) NA <br> C/O Blatt, Hasenmiller, <br> Liebsker & Moore LLC <br> 125 S Wacker Dr <br> Chicago, IL 60606 | | J | Charge Card <br> Various dates and <br> purchases | | | | 19,000.00 |
| ACCOUNT NO. <br><br> | | | | | | | |

Subtotal  $ 37,650.00

Total  $ 83,635.00

_X_ _____ continuation sheets attached.

(Use only on last page of completed Schedule F.)

FORM B6F(Official Form6F) (12/03)  Blumberg Excelsior, Publisher, NYC  10013

Debtor  HAYNES
In re:  HAYNES, LYNNETTE M                    ,                    Case No.
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Citibank So Dakota NA<br>PO  Box  6241<br>Sioux Falls,  SD 57117 | | J | Various dates / charge card<br>Judgement entered 12/30/2004<br>Products purchased for business | | | | 19,000.00 |
| ACCOUNT NO.<br><br>Coca-Cola Enterprises Bot<br>2335 Payshere Circle<br>Chicago, Il 60674 | | J | Varous dates<br>Beverage supplies | | | | 0.00 |
| ACCOUNT NO.<br><br>Commonwealth Edison<br>Bankruptcy Dept<br>2100 Swift Dr<br>Oak Brook,  Il  60523 | | J | Various dates<br>Utility service / Electric | | | | 1,100.00 |
| ACCOUNT NO.<br><br>DPI Midwest<br>615 East Brook Dr<br>Arlington Heights, Il<br>            6 | | | Various dates<br>Purchase of business inventory | | | | 4,200.00 |
| ACCOUNT NO.<br><br>Dean's Ice Cream<br>1253 Kingsland Dr<br>Batavia, Il 60510 | | J | Various dates<br>Purchase of business inventory | | | | 230.00 |
| ACCOUNT NO.<br><br> | | | | | | | |

|  | Subtotal | $ 24,530.00 |
|---|---|---|
|  | Total | $ 108,165.00 |

____x____ continuation sheets attached.

(Use only on last page of completed Schedule F.)

FORM B6F(Official Form6F) (12/03)    Blumberg Excelsior, Publisher, NYC  10013

Debtor **HAYNES**
In re: **HAYNES, LYNNETTE M**                    ,                    Case No.
                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dearborn Wholesale Grocer<br>2801 S Western Ave<br>Chicago, Il 60608 | | J | Various dates<br>Judgement entered<br>5/17/2005<br>Products purchased for business | | | | 19,500.00 |
| ACCOUNT NO.<br><br>Dearborn Wholesale Grocer<br>c/o Teller, Levit, & Silv<br>Attorneys At Law<br>11 E Adams St<br>Chicago, Il 60603 | | J | Various dates<br>Judgement entered<br>5/17/2005<br>Products purchased for business | | | | 19,500.00 |
| ACCOUNT NO.<br><br>Edy's Grand Ice Cream<br>3863 Collection Center Dr<br>Chicago, Il 60693 | | J | Various dates<br>Food supplies | | | | 0.00 |
| ACCOUNT NO.<br><br>First Commonwealth<br>Chicago, Il 60607<br>Greensburg PA 15601 | | J | 2/2005<br>Repair service and materials | | | | 550.00 |
| ACCOUNT NO.<br><br>Frito-Lay<br>7701 Legacy dr<br>Plano, TX 75024 | | J | Various dates<br>Purchase of business products / inventory | | | | 650.00 |
| ACCOUNT NO.<br><br>Fullmer Locksmith Service<br>8611 W Cermask Rd<br>North Riverside, Il 605 | | J | 2/2005<br>Repair service | | | | 300.00 |

|  |  |
|---|---|
| Subtotal | $ 40,500.00 |
| Total | $ 148,665.00 |

__x__ continuation sheets attached.

(Use only on last page of completed Schedule F.)

FORM B6F (Official Form 6F) (12/03)   Blumberg Excelsior, Publisher, NYC 10013

Debtor **HAYNES**
In re: **HAYNES, LYNNETTE M** ,                                   Case No.
                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0028766<br><br>G.T.L. Link to Life<br>c/o/ GTL Incoprated<br>PO Box 1661<br>Pittsfield, MA 01202 | | | 1/1/2005<br>Service charge | | | | 45.00 |
| ACCOUNT NO.<br><br>Gonnella Baking Co<br>2002 W Erie St<br>Chicago, Il 60612 | | J | Various dates<br>Food suppplies | | | | 0.00 |
| ACCOUNT NO. 6368<br><br>Household Credit Services<br>PO Box 98706<br>Las Vegas, NV 89193-8706 | | J | Charge Card<br>Various dates | | | | 12,500.00 |
| ACCOUNT NO.<br><br>ICEE Company<br>4701 Airport Dr<br>Ontarios, CA 91761 | | J | Various dates<br>Supplies | | | | 0.00 |
| ACCOUNT NO.<br><br>Illinois Fire Extinguishe<br>702 S Rohlwing Rd<br>Addison, Il 60101 | | J | 3/2005<br>Repair parts and<br>maintenance service | | | | 150.00 |
| ACCOUNT NO.<br><br>Interstate Bakeries Corp<br>12 E Armour Blvd<br>Kansas City, MO 64111 | | J | Various Dates<br>Food supplies | | | | 0.00 |

X ___ continuation sheets attached.

| | Subtotal | $ 12,695.00 |
|---|---|---|
| | Total | $ 161,360.00 |

(Use only on last page of completed Schedule F.)

FORM B6F(Official Form6F) (12/03)                    Blumberg Excelsior, Publisher, NYC  10013

Debtor  HAYNES
  In re: HAYNES, LYNNETTE M                    ,                          Case No.
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  John B Sanfilippo & Son, 2299 Busse Rd Elk Grove Village,  IL            6 | | J | Various dates Purchases of business inventory | | | | 200.00 |
| ACCOUNT NO.  Kraft 50 New Commerce Blvd Wilkes Barre,  PA 18762 | | J | Various dates Food supplies | | | | 0.00 |
| ACCOUNT NO.  1581  Lemont Nursing  & Rehab 12450  Walker Rd Lemont,  IL 60439 | | J | Medical Services | | | | 1,650.00 |
| ACCOUNT NO.  Lincoln Pinewood Apartmen 2219  S  9th Ave Charleston, Il 61920 | | J | 8/05 Co-sign lease on apt at 2210 (th St.  Apt 204 Charleston, Il | | | | 2,280.00 |
| ACCOUNT NO.  MCI Small Bus Ser PO  Box  17890 Denver,  CO  80217 | | | Various dates Phone service | | | | 200.00 |
| ACCOUNT NO.  3GZ80284 MCI Telecommunications c/o Mike Striepling 205  N  Michigan  Ave  St Chicago, Il 60601 | | J | Various dates telephone service | | | | 170.00 |

x _____ continuation sheets attached.

Subtotal  $ 4,500.00

Total  $ 165,860.00

(Use only on last page of completed Schedule F.)

FORM B6F(Official Form6F) (12/03)   Blumberg Excelsior, Publisher, NYC  10013

Debtor  HAYNES
  In re:  HAYNES, LYNNETTE M                    .

Case No.
                                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1813336630 <br> MetLife Insurance <br> PO  Box  441 <br> Freeport,  Il  61032 | | J | 2/2005 <br> Homeowner's Insurance | | | | 1,100.00 |
| ACCOUNT NO. <br> Mid America Fed S&L <br> 55th & Holmes Ave <br> Clarendon Hills, Il  605 | | J | Various dates <br> Checking account <br> overdraft loans | | | | 2,600.00 |
| ACCOUNT NO. <br> Mid-America Bank FSB <br> c/o Stone, Pogrund, & Kor <br> Attorneys At Law <br> 221 N LaSalle St    Suit <br> Chicago, Il 60601 | | J | 1st mortage and Equity Loan <br> on residence  of 11919 Fane Ct <br> Orland Park, Il 60467 | | | | 293,500.00 |
| ACCOUNT NO. <br> Moore Wallace <br> 2275 Cabot Dr <br> Lisle, Il 60532 | | J | Various dates <br> Supplies | | | | 0.00 |
| ACCOUNT NO. <br> Muller-Pinehurst Dairy <br> PO Box 299 <br> Rockford, Il 61105 | | J | Various dates <br> Purchase of business <br> inventory | | | | 7,800.00 |
| ACCOUNT NO. <br> Nicor <br> Attn: Bankruptcy & Collec <br> PO  BOx 549 <br> Aurora, Il 60507 | | J | Various dates <br> Utility service | | | | 400.00 |

|  |  |
|---|---|
| Subtotal | $ 305,400.00 |
| Total | $ 471,260.00 |

x ____ continuation sheets attached.

(Use only on last page of completed Schedule F.)

FORM B6F(Official Form6F) (12/03)     Blumberg Excelsior, Publisher, NYC  10013

Debtor  **HAYNES**
In re:  **HAYNES, LYNNETTE M**   ,                                   Case No.
                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>O'Neill Products, Inc<br>555 w 16th St<br>Chicago, Il 60616 | | J | 2/2005<br>Repair materials | | | | 100.00 |
| ACCOUNT NO.<br><br>Pepperidge Farm, Inc<br>PO Box 640758<br>Pittsburgh, PA  15264 | | J | Various dates<br>Food supplies | | | | 0.00 |
| ACCOUNT NO.<br><br>Pepsi Americas<br>3501 Algonquin Rd<br>Rolling Meadows, Il 60008 | | J | Various dates<br>Purchase of business inventory | | | | 2,000.00 |
| ACCOUNT NO.<br><br>Pepsi Cola Gen Bottlers<br>1400 W 35th St<br>Chicago, Il 60609 | | | Various dates<br>Inventory | | | | 2,000.00 |
| ACCOUNT NO.<br><br>Pepsico<br>PO Box 660059<br>Dallas,  TX  75266-0059 | | J | Various dates<br>Purchase of business inventory | | | | 800.00 |
| ACCOUNT NO.<br><br>Power Distributing<br>185 Industrial Dr<br>Elmhurst, Il 60126 | | J | Various dates<br>Supplies | | | | 0.00 |

|  | Subtotal | $ 4,900.00 |
|---|---|---|
|  | Total | $ 476,160.00 |

**x** ___ continuation sheets attached.

(Use only on last page of completed Schedule F.)

FORM B6F(Official Form6F) (12/03)  Blumberg Excelsior, Publisher, NYC  10013

Debtor  **HAYNES**
In re: **HAYNES, LYNNETTE M**   ,  Case No.
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>R Christopher, Inc<br>110 N Main<br>Mt Prospect, Il 60056 | | J | 2/2005<br>Repair materials and service | | | | 493.00 |
| ACCOUNT NO. 20405924<br><br>Robert J Sheehy & Sons<br>4950 W 79TH St<br>Burbank, IL 60459 | | J | 11/26/2004<br>Funeral Services | | | | 2,800.00 |
| ACCOUNT NO.<br><br>Royal Crown Cola Bottling<br>2801 W 47th St<br>Chicago, Il 60632 | | J | Various dates<br>Beverage supplies | | | | 0.00 |
| ACCOUNT NO. 156420787467<br><br>Sears Premier Card<br>PO Box 45129<br>Jacksonville, FL 32232-5 | | J | Various dates<br>Charge card | | | | 3,500.00 |
| ACCOUNT NO. 156420787467<br><br>Sears Premier Card<br>c/o Citi Cards<br>PO Box 6923<br>The Lakes, NV 88901 | | J | Charge Card<br>Various dates | | | | 3,500.00 |
| ACCOUNT NO.<br><br>Snyder's of Hanover, Inc<br>1250 York St<br>Hanover, PA 17331 | | J | Various dates<br>Purchase of business inventory | | | | 0.00 |

|  |  |
|---|---|
| Subtotal | $ 10,293.00 |
| Total | $ 486,453.00 |

**x**  continuation sheets attached.

(Use only on last page of completed Schedule F.)

FORM B6F(Official Form6F) (12/03)   Blumberg Excelsior, Publisher, NYC 10013

Debtor  **HAYNES**
In re:  **HAYNES, LYNNETTE M**                              Case No.
                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>South Town Food Service<br>1038 N  DuPage Ave<br>Lombard, Il 60148 | | J | 2/2005<br>Repair materials and service | | | | 225.00 |
| ACCOUNT NO. 429 5557-E03-13<br><br>State Farm Insurance<br>2702 Ireland Grove Rd<br>Bloomington, Il 61709 | | J | 7/2005<br>Insurance premium on motorcycle | | | | 230.00 |
| ACCOUNT NO.<br><br>Streamwood Plastics, Ltd<br>PO Box 427<br>Streamwood,  Il 60107 | | J | 2/2005<br>Materials | | | | 115.00 |
| ACCOUNT NO.<br><br>The American Bottling Co<br>400 N Wolf Rd<br>Northlake, Il  60164 | | J | Various dates<br>Purchase of business inventory | | | | 325.00 |
| ACCOUNT NO.<br><br>Thompson Mechanical Corp<br>1990 Janice Ave<br>Melrose Park,  Il  60160 | | | 2/2005<br>Repair materials | | | | 1,200.00 |
| ACCOUNT NO.<br><br>Twin City Greeting, Inc<br>340  St Joseph St<br>New Market,  MN  55054 | | J | Various dates<br>Purchase of business inventory | | | | 75.00 |

| | |
|---|---|
| Subtotal | $ 2,170.00 |
| Total | $ 488,623.00 |

**x** ____ continuation sheets attached.

(Use only on last page of completed Schedule F.)

FORM B6F(Official Form6F) (12/03)    Blumberg Excelsior, Publisher, NYC  10013

Debtor  HAYNES
In re: HAYNES, LYNNETTE M                    .                          Case No.
                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6368<br>UFCW Platinum Mastercard C/O Household Credit Services PO Box 80027 Salinas, CA 93912-0027 | | J | Chrage Card Various dates | | | | 12,500.00 |
| ACCOUNT NO. 5407070000956368<br>Union Plus C/O Household  Credit Ser PO Box 80027 Salinas, CA 93912-0027 | | J | Chrge Card Various dates | | | | 12,500.00 |
| ACCOUNT NO. 6368<br>Union Plus PO Box 60177 City Of Industry, CA 91 | | J | Charge Card Various dates | | | | 12,500.00 |
| ACCOUNT NO.<br>Wausau Tile, Inc PO Box 1520 Wausau, WI 54402-1520 | | J | 2/2005 Repair materials | | | | 85.00 |
| ACCOUNT NO. 2 accounts<br>Wells Fargo Business  Direct Operatio PO Box 348750 Sacramento, CA  95834 | | J | Charge card various dates and purchases | | | | 6,000.00 |
| ACCOUNT NO.<br>White Hen Pantry , Inc 3003 Butterfield  Rd Oak  Brook, IL  60523 | | J | Franchise Agreement 11/20/2001 Termination Fee 2/1/2005 | | | | 74,000.00 |
| | | | | | Subtotal | | $ 117,585.00 |
| | | | | | Total | | $ 606,208.00 |

_____ continuation sheets attached.

(Use only on last page of completed Schedule F.)

Form B6 G W (11-95)

In    HAYNES
re:  HAYNES, LYNNETTE M

Debtor(s)   Case No.                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Lincoln Pinewood Apartments<br>2219 S 9th  St<br>Charleston,  Il 61920 | Residential apartment lease<br>Co-signed<br>2210 9th  St<br>Apt 204<br>Charleston, Il 61920 |

**Blumberg**Excelsior, Publisher, NYC 10013

Form B6 H W (11-95)

In
re:
HAYNES
HAYNES, LYNNETTE M

Debtor(s)    Case No.                    (if known)

## SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |



**Blumberg**Excelsior, Publisher, NYC  10013

Form B6 I W (12/03)

In HAYNES
re: HAYNES, LYNNETTE M

Debtor(s)   Case No.                    (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|
| Debtor's Marital Status<br>Married | RELATIONSHIP<br>ELIZABETH  A  HAYNES<br>JONATHAN L HAYNES | AGE<br>19<br>23 |

| Employment | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | FACTORY WORKER | SECRETARIAL |
| Name of Employer | HUGHES MANUFTRG   CO | HERLACHE ENTERPRISES INC |
| How long employed | 2 1/2   months | 4   mont |
| Address of Employer | ONE HUGHES WAY<br>ORLANDO, FL  32805 | 400  E  22ND ST<br>LOMBARD, IL 60148 |

Income:  (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 2700.00 | $ 1000.00 |
| Estimate monthly overtime | | |
| SUBTOTAL | $ 2700.00 | $ 1000.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | 351.00 | 130.00 |
| b. Insurance | 67.00 | |
| c. Union dues | 28.00 | |
| d. Other (Specify) | | |
| 401k loan repayment | 264.00 | |
| 401k contribution | 117.00 | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 827.00 | $ 130.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | 1873.00 | $ 870.00 |
| Regular income from operation of business or profession or farm | | |
| (attach detailed statement) | | |
| Income from real property | | |
| Interest and dividends | 0.00 | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's | | |
| use or that of dependents listed above. | | |
| Social security or other government assistance (Specify) | | |
| Pension or retirement income | | |
| Other monthly income (Specify) | | |
| TOTAL MONTHLY INCOME | $ 1873.00 | $ 870.00 |

TOTAL COMBINED MONTHLY INCOME          $  2743.00          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:



Blumberg Excelsior, Publisher, NYC 10013

Form B6 J W (11-95)

In
re: HAYNES
HAYNES, LYNNETTE M                                    Debtor(s)   Case No. _____ (if known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

Rent or home mortgage payment  (include lot rented for mobile home)                                   $ _____1100.00_____

Are real estate taxes included?   ☐ Yes   ☒ No   Is property insurance included?   ☒ Yes   ☐ No

Utilities  Electricity and Heating Fuel _____      125.00
   Water and Sewer _____       25.00
   Telephone _____       80.00
   Other _____

Home maintenance (repairs and upkeep) _____
Food _____      350.00
Clothing _____       50.00
Laundry and dry cleaning _____
Medical and dental expenses _____       75.00
Transportation (not including car payments) _____      250.00
Recreation, clubs and entertainment, newspapers, magazines, _____       50.00
etc.
Charitable contributions _____
Insurance (not deducted from wages or included in home mortgage payments)
   Homeowner's or renter's _____
   Life _____      135.00
   Health _____
   Auto _____      180.00
   Other _____

Taxes (not deducted from wages or included in home mortgage payments)
(Specify) _____

Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the      $ _____
plan) _____
   Auto _____      $ _____212.00_____
  Other Govt Education loan _____
                                                                                 100.00

Alimony, maintenance, and support paid to others _____
Payments for support of additional dependents not living at your home _____
Regular expenses from operation of business, profession, or farm (attach detailed statement) _____
Other _____

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)                          $ _____2732.00_____

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A.  Total projected monthly income _____
B.  Total projected monthly expenses _____
C.  Excess income (A minus B) _____      $ _____0.00_____

D.  Total amount to be paid into plan each _____      $ _____
      (Interval)

Blumberg Excelsior, Publisher, NYC  10013

Form 7W Stmt. of Financial Affairs (12-03)

# STATEMENT OF FINANCIAL AFFAIRS

### UNITED STATES BANKRUPTCY COURT

## NORTHERN **DISTRICT OF** Illinois

In re:  HAYNES
        HAYNES, LYNNETTE M

Debtor(s)   Case No.

#### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business within the last 6 years, as defined below, also must complete Questions 19-25. If the answer to any question is "None" or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

#### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates or the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

---

NONE
☐ ☐     **01  INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCES |
|---|---|
| 7410.88 | 2004 Wages and business |
| 16777.00 | 2003 Wages and business |
| 19000.00 | 2005  Wages |

NONE
☒     **02  INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS**

State the amount of income received by the debtor other than employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT PAID | NAME AND ADDRESS OF CREDITOR | PAYMENT DATES | AMOUNT STILL OWNING |
|---|---|---|---|
| | CHASE MANHATTEN<br>200 Marcus Ave<br>New Hyde Park,  Il  11040 | 7/16/05<br>8/16/05<br>9/16/05 | 212.71 per month<br>on Saturn auto |

NONE
X  **03B  PAYMENTS TO CREDITORS**

List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
**04A  SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTION, GARNISHMENTS AND ATTACHMENTS**

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT | NATURE OF PROCEEDING | COURT & LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Citibank v Larry Haynes<br>2004 M1 180357 | Collection on credit card debt | Cook County, Illinois | Judgement 1/05 |
| Mid America Fed v Haynes<br>2005 CH 10304 | Foreclosure | Cook County, Illinois | Pending |
| Dearborn Wholesale v Larry Haynes<br>2005 M1 121826 | Collection for debt | Cook County, Illinois | Pending |

NONE
**04B  SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTION, GARNISHMENTS AND ATTACHMENTS**

Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DATE OF SEIZURE | NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| 01/05/2005 | Larry Haynes | Wages<br>15% per month<br>/ varies |

 NONE

## 05 REPOSSESSIONS, FORECLOSURES AND RETURNS

List all property that has been repossessed by a creditor, sold at foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | NAME AND ADDRESS OF CREDITOR OR SELLER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| 03/05/2005 | CHRYSLER FINANCIAL<br>Po Box 9223<br>Farmington Hills, MI 48333 | Two 2004 Chrysler Sebrings Leased vehicles |

NONE X

## 06A ASSIGNMENTS AND RECEIVERSHIPS

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE X

## 06B ASSIGNMENTS AND RECEIVERSHIPS

List all property which has been in the hands of a custodian, receiver, or court appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE X

## 07 GIFTS

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE X

## 08 LOSSES

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
| | |
## 09  PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Frank A Scafuri, Attorney 80 S LaGrange Rd  Suite 8 LaGrange, Il 60525 | 5/05 | $ 310.00 |

NONE
|X| |
## 10  OTHER TRANSFERS

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
| | |
## 11  CLOSED FINANCIAL ACCOUNTS

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, saving, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| MID AMERICA BANK TINLEY PARK, IL | Savings Acct | $100.46 12/22/04 |

NONE
| | |
## 12  SAFE DEPOSIT BOX

List each safe deposit or other box or depository in which the debt has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DATE OF TRANSFER OR SURRENDER, IF ANY | NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAME AND ADDRESS OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS |
|---|---|---|---|
| | NLSB 159TH & WOLF RD ORLAND PARK, IL | PARTIES | Legal Papers |

NONE
|X|

## 13  SETOFFS

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X|

## 14  PROPERTY HELD FOR ANOTHER PERSON

List all property owned by another person that the debtor holds or controls.

NONE
|X|

## 15  PRIOR ADDRESS OF DEBTOR

If the debtor has moved within two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

NONE
|X|

## 16  SPOUSES AND FORMER SPOUSES

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides with the debtor in the community property state.

NONE
|X|

## 17A  ENVIRONMENTAL INFORMATION

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:



NONE
X

**17B  ENVIRONMENTAL INFORMATION**

List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

NONE
X

## 17C  ENVIRONMENTAL INFORMATION

List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NONE

## 18A  NATURE, LOCATION, AND NAME OF BUSINESS

If the debtor is an individual, list the names, addresses, taxpayer indentification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | ADDRESS | | NATURE OF BUSINESS ADDRESS | BEGINNING AND ENDING DATES |
|------|---------|--|----------------------------|----------------------------|
| 36-4477849 | EZIO'S INC | 11/21/2001 | 14717 S CENTRAL AVE OAK FOREST, IL 60452 | Convenience Grocery Store |

NONE
X

## 18B  NATURE, LOCATION, AND NAME OF BUSINESS

Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Sec. 101.



Form B8 (Official Form 8) (12/03)

## Form 8.  INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

UNITED STATES BANKRUPTCY COURT NORTHERN                    DISTRICT OF Illinois

In  HAYNES
re: HAYNES, LYNNETTE M

Debtor(s)   Case No.                    (if known)
Chapter  7

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to Be Surrendered.*

| Description of property | Creditor's name |
|---|---|
| Residence / Orland Park, Illinois | Mid America Fed S&L |
| Harley Davidson motorcycle | Green Tree |

*b. Property to Be Retained.*                 *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 2002 Saturn auto | Chase Manhatten | | | x |

Date:

Larry & Lynnette Haynes
Signature of Debtor

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security No.
(Required by 11 U.S.C. § 110(c))

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          _____
Signature of Bankruptcy Petition Preparer           Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*



**Blumberg**Excelsior, Publisher, NYC 10013

3085W Stmt of Comp.:
Rule 2016(b) (12-95)

# UNITED STATES BANKRUPTCY COURT    NORTHERN **DISTRICT OF** Illinois

In   HAYNES
re:  HAYNES, LYNNETTE M                         Debtor(s)   Case No.              (if known)

## STATEMENT

**Pursuant to Rule 2016(b)**

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1)  The undersigned is the attorney for the debtor(s) in this Case.

(2)  The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

    (a)   for legal services rendered or to be rendered in contemplation of and in connection

        with this case                                              $            101.00

    (b)   prior to filing this statement, debtor(s) have paid        $            101.00

    (c)   the unpaid balance due and payable is                      $              0.00

(3)  $ 209.00                        of the filing fee in this case has been paid.

(4)  The services rendered or to be rendered include the following:

    (a)   analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
        petition under title 11 of the United States Code.

    (b)   preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

    (c)   representation of the debtor(s) at the meeting of creditors.

(5)  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
    performed, and

(6)  The source of payments made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
    earnings, wages and compensation for services performed, and

(7)  The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

(8)  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
    any compensation paid or to be paid except as follows:

                                        Frank A Scafuri

**Dated:**                 Respectfully submitted,   FRANK A SCAFURI                    **Attorney for Petitioner**

**Attorney's name and address**