```
                     UNITED STATES BANKRUPTCY COURT
                  FOR THE NORTHERN DISTRICT OF ILLINOIS
                             EASTERN DIVISION

IN RE:                              )       Chapter 7
                                    )
    LARRY O. HAYNES and             )       Case No. 05 B 49995
    LYNNETTE M. HAYNES,             )
                         Debtors    )       Hon. Jacqueline Cox
```

## TRUSTEE'S FINAL REPORT

To: The Honorable Jacqueline Cox
    Bankruptcy Judge

    NOW COMES DAVID R. HERZOG, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

    1.    The Petition commencing this case was filed on October 12, 2005. under Chapter 7 of the Bankruptcy Code ("Code").

    2.    Thereafter, David R. Herzog was appointed as Trustee. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

    3.    The Trustee certifies he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code.  The nonexempt assets of the estate have either been converted to cash, disposed of under order of this Court or are sought to be abandoned by the Trustee; there is no other property belonging to the estate to the best of the Trustee's knowledge; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge.  The Trustee certifies that

this estate is ready to be closed.  The tasks performed by the Trustee to administer this estate are set forth on Exhibit A.

4   The disposition of estate property is set forth in Exhibit B.  The scheduled value of property abandoned is $ 0.00. The property abandoned, or sought to be abandoned herein, along with the reasons for such abandonment, is described in the aforesaid "Exhibit B".

5   A summary of the Trustee's final account as of is as follows[1]:

    a.   RECEIPTS (see Exhibit C)    $ 49,007.05*

    b.   DISBURSEMENTS (see Exhibit C)    $ 43,050.67

    c.   NET CASH available for distribution   $ 5,956.38

    d.   ADMINISTRATIVE EXPENSES:

        1.   Trustee's compensation requested (see Exhibit E)    $ 1,250.00

        2.   Expenses (see Exhibit E)
              Photocopies    $ 0.00

        3.   Compensation requested by attorney or other professionals for Trustee (see Exhibit F)

           Attorneys for Trustee    $ 1,250.00

*Includes non-estate receipts erroneously deposited in account. Actual estate receipts total $6,834.18.

** Includes distribution/return of non-estate monies erroneously deposited in account. Actual estate distributions total $877.80.

---

[1] The funds received for the sale of the real estate totalled $5,881.42. The deposit of these funds was done on the same day as a deposit for another bankruptcy estate. Both deposits involved Title Company checks issued by the same company. Due to an clerical error in the Trustee's office, the deposit of $5,881.42 was erroneously made into the account of Roman and Sharon Bender, Case No. 05-52978. The Bender funds of $42,447.09 were deposited into this account.  When the mistake was discovered, Trustee contacted the bank holding both account funds and was directed to withdraw the funds and deposit them in the correct account, and to do likewise with the Bender account.

6   The Bar Date for filing unsecured claims expired on March 31, 2006.

7   All claims filed in this case with the Clerk of Bankruptcy Court have been reviewed by the Trustee to the extent warranted by the circumstances of this case, and a report is attached as Exhibit D. The actual dollar amount of claims allowed and/or filed for this estate is as follows:

| | | | |
|---|---|---|---:|
| a. | Allowed unpaid secured claims | $ | 0.00 |
| b. | Chapter 7 administrative claims (Including Clerk's Fees) | $ | 2,500.00 |
| c. | Chapter 11 administrative claims | $ | 0.00 |
| d. | Allowed priority claims | $ | 3,456.38 |
| e. | Allowed unsecured claims | $ | 0.00 |

9.   Trustee proposes that priority creditors receive a distribution of .09001561557% of allowed claims.

9.   Trustee proposes that unsecured creditors receive a distribution of 0% of allowed claims.

10.  Total compensation previously awarded to Trustee's counsel, accountant, or other professional is $0.00. Trustee's attorney's, accountant's, or other professional's compensation requested but not yet allowed is $1,250.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $0.00 (See Exhibit G).

11.   A fee of $101.00 was paid to the attorneys for the Debtor for services rendered in connection with this case and no basis appears to request an examination of those fees pursuant to 11 U.S.C. Section 329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above foregoing is true and correct, requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. Sections 330(a), 502(b) and 503(b).  The Trustee further requests that the Court award final compensation and reimbursement and make final allowance of the administrative claims and expenses stated in this report, and for such other and further relief as the Court shall deem proper.

                                        RESPECTFULLY SUBMITTED:

DATE: 3/30/09                     /s/ David R. Herzog
                                        SIGNATURE

                                        David R. Herzog
                                        TRUSTEE NAME

                                        77 W. Washington St., Ste. 1717
                                        Chicago, Illinois  60602
                                        ADDRESS

## **EXHIBIT A**

### TASKS PERFORMED BY TRUSTEE

1. The Trustee investigated the assets of the Debtor, as well as the accuracy of the information contained in the schedules.

2. The Trustee made all necessary disbursements and receipts to the Estate's account.

3. The Trustee prepared interim and final reports.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 05-49995 JDS  
**Case Name:** HAYNES, LARRY O  
HAYNES, LYNNETTE M  
**Period Ending:** 03/27/09

**Trustee:** (330520) DAVID HERZOG  
**Filed (f) or Converted (c):** 10/12/05 (f)  
**§341(a) Meeting Date:** 12/27/05  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | SINGLE FAMILY RESIDENCE | 325,000.00 | 310,000.00 | | 42,452.43 | FA |
| 2 | CASH ON HAND | 50.00 | 0.00 | | 0.00 | FA |
| 3 | SECURITY DEPOSIT - WHITE HEN FRANCHISE | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 4 | FURNITURE | 1,200.00 | 0.00 | | 0.00 | FA |
| 5 | BOOKS, CDs, DVDs | 150.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 7 | WEDDING RINGS | 750.00 | 0.00 | | 0.00 | FA |
| 8 | 401k | 24,000.00 | 0.00 | | 0.00 | FA |
| 9 | IRA - MIDAMERICA BANK | 700.00 | 0.00 | | 0.00 | FA |
| 10 | SHARES IN EZIO'S INC. | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 1992 BUICK CENTURY | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2002 SATURN | 8,500.00 | 0.00 | | 0.00 | FA |
| 13 | 1997 HARLEY DAVIDSON | 1,000.00 | 1,000.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 673.20 | Unknown |
| 14 | **Assets Totals** (Excluding unknown values) | **$368,850.00** | **$316,000.00** | | **$43,125.63** | **$0.00** |

**Major Activities Affecting Case Closing:**

    File final report.

Printed: 03/27/2009 07:55 PM     V.11.03

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-49995 JDS  
**Case Name:** HAYNES, LARRY O  
              HAYNES, LYNNETTE M  
**Period Ending:** 03/27/09

**Trustee:** (330520)   DAVID HERZOG  
**Filed (f) or Converted (c):** 10/12/05 (f)  
**§341(a) Meeting Date:** 12/27/05  
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2006  
**Current Projected Date Of Final Report (TFR):** February 15, 2009

**Form 2**

**Cash Receipts And Disbursements Record**

Page: 1

| Case Number: | 05-49995 JDS | Trustee: | DAVID HERZOG (330520) |
|---|---|---|---|
| Case Name: | HAYNES, LARRY O | Bank Name: | JPMORGAN CHASE BANK, N.A. |
|  | HAYNES, LYNNETTE M | Account: | ***-*****78-65 - Money Market Account |
| Taxpayer ID #: | 13-7508110 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 03/27/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/21/06 | {1} | Chicago Title | Proceeds from sale of real estate | 1110-000 | 42,447.09 | | 42,447.09 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 4.05 | | 42,451.14 |
| 03/31/06 | 1001 | Nicor | Final gas bill - closing | 7100-000 | | 490.24 | 41,960.90 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 26.66 | | 41,987.56 |
| 05/12/06 | 1002 | Nicor | Final gas bill (additional unbilled charges) - closing<br>Stopped on 09/22/06 | 7100-000 | | 265.62 | 41,721.94 |
| 05/12/06 | 1003 | Village of Orland Park | Final Water Bill - Closing | 7100-000 | | 55.33 | 41,666.61 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 28.53 | | 41,695.14 |
| 06/28/06 | {1} | Village of Orland Park | Refund - Overpayment of water bill | 1110-000 | 5.34 | | 41,700.48 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 27.60 | | 41,728.08 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 28.54 | | 41,756.62 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 28.56 | | 41,785.18 |
| 09/22/06 | 1002 | Nicor | Final gas bill (additional unbilled charges) - closing<br>Stopped: check issued on 05/12/06 | 7100-000 | | -265.62 | 42,050.80 |
| 09/22/06 | 1004 | Nicor | Final gas bill (additional unbilled charges) - closing | 7100-000 | | 265.62 | 41,785.18 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 26.72 | | 41,811.90 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 29.50 | | 41,841.40 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 27.67 | | 41,869.07 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 26.72 | | 41,895.79 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 27.93 | | 41,923.72 |
| 02/22/07 | 1005 | International Sureties | PRO-RATA BOND PREMIUM PAYMENT | 2300-000 | | 35.74 | 41,887.98 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.89 | | 41,908.87 |

**Subtotals :**   **$42,755.80**   **$846.93**

{} Asset reference(s)                                                                                                Printed: 03/27/2009 07:55 PM   V.11.03

**Form 2**

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-49995 JDS | | Trustee: | DAVID HERZOG (330520) |
|---|---|---|---|---|
| Case Name: | HAYNES, LARRY O | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | HAYNES, LYNNETTE M | | Account: | ***-*****78-65 - Money Market Account |
| Taxpayer ID #: | 13-7508110 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 03/27/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 22.37 | | 41,931.24 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.13 | | 41,954.37 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.15 | | 41,977.52 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.66 | | 41,999.18 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.92 | | 42,023.10 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.18 | | 42,046.28 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.95 | | 42,067.23 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 24.71 | | 42,091.94 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 21.90 | | 42,113.84 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 21.44 | | 42,135.28 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 19.26 | | 42,154.54 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 8.65 | | 42,163.19 |
| 03/12/08 | 1006 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #05-49995 Voided on 03/12/08 | 2300-000 | | 35.32 | 42,127.87 |
| 03/12/08 | 1006 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #05-49995 Voided: check issued on 03/12/08 | 2300-000 | | -35.32 | 42,163.19 |
| 03/12/08 | 1007 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #05-49995 Voided on 03/12/08 | 2300-000 | | 30.87 | 42,132.32 |
| 03/12/08 | 1007 | IDEBTOR'S BANKRUPTCY | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | -30.87 | 42,163.19 |

| | | | Subtotals : | | **$254.32** | **$0.00** | |

{} Asset reference(s)                                                                                                          Printed: 03/27/2009 07:55 PM     V.11.03

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| Case Number: | 05-49995 JDS | Trustee: | DAVID HERZOG (330520) |
|---|---|---|---|
| Case Name: | HAYNES, LARRY O | Bank Name: | JPMORGAN CHASE BANK, N.A. |
|  | HAYNES, LYNNETTE M | Account: | ***-*****78-65 - Money Market Account |
| Taxpayer ID #: | 13-7508110 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 03/27/09 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
|  |  | ESTATE | BALANCE AS OF 03/12/2008 FOR CASE #05-49995 Voided: check issued on 03/12/08 |  |  |  |  |
| 03/12/08 | 1008 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #05-49995 | 2300-000 |  | 30.87 | 42,132.32 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 7.83 |  | 42,140.15 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.87 |  | 42,146.02 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.27 |  | 42,151.29 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.35 |  | 42,156.64 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.35 |  | 42,161.99 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.01 |  | 42,167.00 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.53 |  | 42,172.53 |
| 10/03/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.34 |  | 42,172.87 |
| 10/03/08 |  | To Account #********7866 | Transfer of funds - Correction of Account | 9999-000 |  | 42,172.87 | 0.00 |
| 01/29/09 |  | From Account #********7866 |  | 9999-000 | 5,956.15 |  | 5,956.15 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 |  | 5,956.16 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 |  | 5,956.38 |

Subtotals :    **$5,996.93**    **$42,203.74**

{} Asset reference(s)                                                                                                 Printed: 03/27/2009 07:55 PM    V.11.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 05-49995 JDS  
**Case Name:** HAYNES, LARRY O  
              HAYNES, LYNNETTE M  
**Taxpayer ID #:** 13-7508110  
**Period Ending:** 03/27/09

**Trustee:** DAVID HERZOG (330520)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****78-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 49,007.05 | 43,050.67 | $5,956.38 |
| | | | Less: Bank Transfers | | 5,956.15 | 42,172.87 | |
| | | | **Subtotal** | | 43,050.90 | 877.80 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$43,050.90** | **$877.80** | |

{} Asset reference(s)

Printed: 03/27/2009 07:55 PM    V.11.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 05-49995 JDS
**Case Name:** HAYNES, LARRY O
  HAYNES, LYNNETTE M
**Taxpayer ID #:** 13-7508110
**Period Ending:** 03/27/09

**Trustee:** DAVID HERZOG (330520)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****78-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/03/08 | | From Account #********7865 | Transfer of funds - Correction of Account | 9999-000 | 42,172.87 | | 42,172.87 |
| 10/08/08 | | Estate of Roman and Sharon Bender | Correction of Account | | 5,956.15 | | 48,129.02 |
| | | Gina Diani - Chicago Title | Sale of Real Estate           365,000.00 | 1110-000 | | | 48,129.02 |
| | | Nick Guiffre | Broker Commission             -18,250.00 | 3510-000 | | | 48,129.02 |
| | | | Closing costs                  -2,402.50 | 2500-000 | | | 48,129.02 |
| | | Midamerica Bank | 1st mortgage                 -318,639.15 | 4110-000 | | | 48,129.02 |
| | | | County taxes                   -3,480.00 | 2820-000 | | | 48,129.02 |
| | | | Roman Bender                   -7,500.00 | 8100-002 | | | 48,129.02 |
| | | | Sharon Bender                  -7,500.00 | 8100-002 | | | 48,129.02 |
| | | |                                -1,346.93 | 2820-000 | | | 48,129.02 |
| | Int | | 74.73 | 1270-000 | | | 48,129.02 |
| 10/08/08 | 101 | Estate of Roman and Susan Bender | Correction of Accounts | 9999-000 | | 42,172.87 | 5,956.15 |
| 01/29/09 | | To Account #********7865 | | 9999-000 | | 5,956.15 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **48,129.02** | **48,129.02** | **$0.00** |
| | | | Less: Bank Transfers | | 42,172.87 | 48,129.02 | |
| | | | **Subtotal** | | **5,956.15** | **0.00** | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,956.15** | **$-15,000.00** | |

{} Asset reference(s)                                                                                                                    Printed: 03/27/2009 07:55 PM    V.11.03

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 05-49995 JDS  
**Case Name:** HAYNES, LARRY O  
HAYNES, LYNNETTE M  
**Taxpayer ID #:** 13-7508110  
**Period Ending:** 03/27/09

**Trustee:** DAVID HERZOG (330520)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****78-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****78-65 | 43,050.90 | 877.80 | 5,956.38 |
| Checking # ***-*****78-66 | 5,956.15 | -15,000.00 | 0.00 |
| | $49,007.05 | $877.80 | $5,956.38 |

{} Asset reference(s)      Printed: 03/27/2009 07:55 PM    V.11.03

**EXHIBIT D**

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | |
| **LARRY O. HAYNES and** | ) | **Case No. 05 B 49995** |
| **LYNNETTE M. HAYNES,** | ) | |
| Debtors | ) | Hon. Jacqueline Cox |

**PROPOSED
DISTRIBUTION REPORT**

I, David R. Herzog, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of the Court, and state that based on my review I propose to make the following distributions:

SUMMARY OF DISTRIBUTION:

| | | |
|---|---|---|
| Chapter 7 Administrative Expenses: | $ | 2,500.00 |
| Chapter 11 Administrative Expenses: | $ | -0- |
| Priority Claims (507(a)(3)-(a)(6)): | $ | 3,456.38 |
| Secured Tax Liens: | $ | -0- |
| Priority Tax Claims: | $ | -0- |
| General Unsecured Claims: | $ | -0- |
| Other: General Unsecured Tardy Claims: | $ | -0- |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ | 5,956.38 |

```
DISTRIBUTION REPORT - CONT'D                                      PAGE 2 of 6
```

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| § 726(a) & (b) and § 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $ 2,500.00 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | David R. Herzog, Trustee in Bankruptcy | $ 1,250.00 | $ 1,250.00 |
| | Herzog & Schwartz, P.C. Attorneys for Trustee | $ 1,250.00 | $ 1,250.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 726(a) & (b) and § 507(a)(1) (Debtor-in-Possession (DIP) administrative expenses) | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(2) - Gap Claims arising in involuntary cases and allowed pursuant to § 502(f) | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

DISTRIBUTION REPORT - CONT'D                                          PAGE 3 of 6

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(3) - Wages, salaries or commissions limited to $2,000.00 | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(4) - Contributions Employment Funds | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(5) - Farmers' and Fishermans' claims to the extent of $2,000.00 | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(6) - Deposits by consumers to the extent of $900 | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

DISTRIBUTION REPORT - CONT'D                                          PAGE 4 of 6

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | § 724(b)(2) - Tax Liens | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | § 507(a)(7) - Tax claims excluding fines and penalties and allowed pursuant to § 502(f) | $ 38,397.56 | .09001561557 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Internal Revenue Svc | $ 38,397.56 | $ 3,456.38 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | § 507(a)(8) - Capital commitments to FDIC, et al. and allowed pursuant to § 502(f) | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | § 507(a)(8) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $303,959.47 | 0 |

-4-

DISTRIBUTION REPORT - CONT'D                                    PAGE 5 of 6

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Internal Revenue Svc | $ 15,415.91 | $ 0.00 |
| 2 | Dearborn Wholesale Grc | $ 18,600.00 | $ 0.00 |
| 3 | Muller-Pinehurst Dairy | $ 7,785.65 | $ 0.00 |
| 4 | U.S. Dept Education | $ 1,822.58 | $ 0.00 |
| 5 | Robert J. Sheehy & Sons | $ 2,780.69 | $ 0.00 |
| 6 | Chase Bank USA | $ 19,367.75 | $ 0.00 |
| 8 | U.S. Dept Labor | $ 2,854.49 | $ 0.00 |
| 9 | Citibank USA NA | $ 3,649.16 | $ 0.00 |
| 10 | Green Tree Servicing | $ 1,370.25 | $ 0.00 |
| 11 | Citibank South Dakota | $ 18,719.96 | $ 0.00 |
| 12 | eCast Settlement Corp. | $ 12,261.83 | $ 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 726(a)(3) - Late unsecured claims | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 726(a)(5) - Fines/penalties excluding fines and penalties and allowed pursuant to § 502(f) | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

DISTRIBUTION REPORT - CONT'D                              PAGE 6 of 6

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 726(a)(5) - Interest | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

   WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED:_____                 _____
                                        David R. Herzog,
                                        Trustee in Bankruptcy

-6-