**EXHIBIT E**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
|    LARRY O. HAYNES and | ) | Case No. 05 B 49995 |
|    LYNNETTE M. HAYNES, | ) | |
|                Debtors | ) | Hon. Jacqueline Cox |

**TRUSTEE'S APPLICATION FOR**
**COMPENSATION AND EXPENSES**

TO:  The Honorable Jacqueline Cox
       Bankruptcy Judge

    NOW COMES DAVID R. HERZOG, Trustee herein, pursuant to 11 U.S.C. 330; and hereby requests $ __1,250.00__ as compensation and $__0.00__ for reimbursement of expenses, no amount of which has previously been paid.

    I.  COMPUTATION OF COMPENSATION

    Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $283,701.08. Pursuant to 11 U.S.C. Section 326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $__1,250.00__ | ($ 1,250.00 max.) |
| 10% of next $45,000.00 | $__4,500.00__ | ($ 4,500.00 max.) |
| 5% of next $950,000.00 | $__11,685.05__ | ($47,500.00 max.) |
| 3% of balance | $__0.00__ | |
| TOTAL COMPENSATION | $__17,435.05__ | |
| TOTAL COMPENSATION SOUGHT | $__1,250.00__* | |

* Due to the limited funds in the estate, Trustee has limited his compensation to $1,250.00.

II.  TRUSTEE'S EXPENSES

| | |
|---|---|
| Copies | $      0.00 |
| Postage | $      0.00 |
| Long Distance, Telephone Charges | $      0.00 |
| Clerical/Office Overhead | $      0.00 |
| Other (Envelopes; Filing Fees; Messengers) | $      0.00 |
| TOTAL EXPENSES | $      0.00 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code.  No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 30 day of March, 2009.


                                    /s/ David R. Herzog
                                    SIGNATURE


                                    77 W. Washington Street, #1717
                                    Chicago, Illinois 60602
                                    ADDRESS