**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| LARRY O. HAYNES and | ) | Case No. 05 B 49995 |
| LYNNETTE M. HAYNES, | ) | |
| Debtors | ) | Hon. Jacqueline Cox |

**FINAL APPLICATION FOR**
**COMPENSATION OF COUNSEL FOR THE TRUSTEE**

Pursuant to 11 U.S.C. §331, HERZOG & SCHWARTZ, P.C., counsel for the Trustee, David R. Herzog, respectfully applies to this Court for final compensation for actual, necessary services rendered and reimbursement for actual, necessary out-of-pocket expenses.  HERZOG & SCHWARTZ, P.C. has divided this application into two parts.  The first part of the application shall review the problems confronted by the Trustee and provide general background information.  The second part of the application shall provide an analysis by task of legal work performed by the HERZOG & SCHWARTZ, P.C.

**PART I**

**BACKGROUND**

The debtors, LARRY O. HAYNES and LYNNETTE M. HAYNES, filed a petition under Chapter 7 on October 12, 2005. Thereafter, DAVID R. HERZOG was appointed Trustee and accepted his appointment. On January 12, 2006, an order was entered which permitted the Trustee to employ the law firm of Herzog & Schwartz, P.C. (the "law firm"), as attorneys for the Trustee.

Each task performed by the law firm will be discussed in detail.  This fee application covers services rendered by the law firm for the period of December 16, 2005 through the present.  The

-1-

billable rates for members of the law firm were charged on an hourly basis. This application sets forth the hours of work performed per attorney, per task at the hourly rate that was in effect at the time the services were provided. A detailed description of each time entry is attached to this application as Exhibit A.

**PART II**

**TASK ANALYSIS**

A.  Sale of Real Estate

The law firm spent 11.75 hours in connection with the sale of of real estate of the Debtors. The firm spent time working with the broker on these transactions, assuring the property was secure, as working on title issues, preparation of closing documents, and attending the closing of the transaction.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 250.00 per hour | 11.75 | $ 2,937.50 |
| **TOTAL** | **11.75** | **$ 2,937.50** |

B.  Miscellaneous

The law firm spent 5.25 hours in connection with miscellaneous matters, including investigation of other possible assets, employment of professionals, as well as preparation of the final report.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 250.00 per hour | 5.25 | $  1,312.50 |
| **TOTAL** | **5.25** | **$  1,312.50** |

**RECAPITULATION**

|  | Hours | Costs |
|---|---|---|
| Category A | 11.75 | $ 2,937.50 |
| Category B | 5.25 | $ 1,312.50 |
| **TOTAL** | **17.00** | **$ 4,250.00*** |

*While attorneys fees in this matter are $4,250.00, because of the limited funds in the estate, the law firm is willing to cap its fees at $1,250.00.

WHEREFORE, the law firm respectfully requests that this Honorable Court enter an Order:

1)  Granting the law firm reasonable compensation of $1,250.00, and necessary expenses of $0.00 for legal services rendered in this case.

2)  For such further relief that this Honorable Court deems just and reasonable.

HERZOG & SCHWARTZ, P.C.


By: /s/ David R. Herzog



David R. Herzog
HERZOG & SCHWARTZ, P.C.
Attorneys for the Trustee
77 West Washington Street
Suite 1717
Chicago, Illinois  60602
(312) 977-1600

## EXHIBIT F-A

## ATTORNEY TIME FOR CATEGORY A

| Date | Description | Hours | Amount | Category |
|---|---|---|---|---|
| 12/16/05 | Herzog, David<br>Telephone conference with broker re: winterization. | 0.15 | 37.50 | A |
| 12/19/05 | Herzog, David<br>Telephone conference from broker securing premises. | 0.10 | 25.00 | A |
| 12/20/05 | Herzog, David<br>Attend court call - motion to lift stay. | 1.00 | 250.00 | A |
| 12/20/05 | Herzog, David<br>Telephone conference with attorney and bank representative. | 0.15 | 37.50 | A |
| 12/20/05 | Herzog, David<br>Telephone conference with broker. | 0.10 | 25.00 | A |
| 01/13/06 | Herzog, David<br>Meet with broker re property; execute agreements | 1.00 | 250.00 | A |
| 01/20/06 | Herzog, David<br>Conference with broker re offer on property. | 0.25 | 62.50 | A |
| 01/24/06 | Herzog, David<br>Review offer and meet with broker re sale. | 1.00 | 250.00 | A |
| 01/26/06 | Herzog, David<br>Meet with broker re sale. | 1.00 | 250.00 | A |
| 01/30/06 | Herzog, David<br>Work on real estate contract and sale | 0.50 | 125.00 | A |
| 02/02/06 | Herzog, David<br>Review and revise real estate contract. | 0.50 | 125.00 | A |
| 02/15/06 | Herzog, David<br>Work on motion for sale of real estate. | 1.50 | 375.00 | A |

| | | | | |
|---|---|---|---|---|
| 03/01/06 | Herzog, David<br>Review title commitment re payoff, etc. | 0.50 | 125.00 | A |
| 03/07/06 | Herzog, David<br>Court call on motion to approve sale of real estate. | 1.00 | 250.00 | A |
| 03/15/06 | Herzog, David<br>Prepare for and attend closing in Orland Park. | 3.00 | 750.00 | A |

**ATTORNEY TIME FOR CATEGORY B**

| Date | Description | Hours | Amount | Category |
|---|---|---|---|---|
| 01/04/06 | Herzog, David<br>Prepare motions to employ professionals. | 0.75 | 187.50 | B |
| 01/12/06 | Herzog, David<br>Attend court call on motion to employ broker and law firm. | 1.00 | 250.00 | B |
| 12/28/06 | Herzog, David<br>Review claims register; begin work on final report. | 1.50 | 375.00 | B |
| 01/21/07 | Herzog, David<br>Work on final report. | 2.00 | 500.00 | B |