# Notice Recipients

| District/Off: 0752−1 | User: sward | Date Created: 5/11/2009 |
|---|---|---|
| Case: 05−49995 | Form ID: pdf002 | Total: 93 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
10572517    MidAmerica Bank
                                                                                                TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db          Larry O Haynes          10044 Huntington Ct       Orland Park, Il 60462
jdb         Lynnette M Haynes       10044 Huntington Ct       Orland Park, Il 60462
tr          David R Herzog          Herzog &Schwartz PC       77 W Washington Suite 1717      Chicago, IL 60602
aty         David R Herzog          Herzog &Schwartz Pc       77 W Washington Suite 1717      Chicago, IL 60602
aty         Frank A. Scafuri        Frank A. Scafuri, Attorney at Law      80 S LaGrange Road      Ste. 8      LaGrange, IL
            60525
10124183    Dearborn Wholesale Grocers       c/o Teller Levit &Silvertrust P C      11 E Adams Suite 800      Chicago, IL
            60603
10124221    Robert J Sheehy &Sons       c/o James G Richert      10723 W 159th Street       Orland Park, IL 60467
10124156    A Barr Sales, Inc        4424 Prescott     Lyons, Il 60534
10124157    A T &T Universal Card     8787 Baypine Rd      Jacksonville, FL 32256
10124158    Acousti−Care       Ceiling Tile Specialists    1161 Squire Dr       Aurora, Il 60505
10124159    Alarm Detection Systems      1111 Church Rd       Aurora, Il 60505
10124160    Albertson's Sav &Retirement     c/o Fidelity Investments    82 Devonshire St       Boston, MA 02109
10124161    American Bottling Co      21431 Netwrok Pl      Chicago, Il 60673
10124162    Anderson's Pest Control      219 W Diversey       Elmhurst, Il 60126
10124163    Bank One       800 Brooksedge Blvd      Westerville, OH 43081−2895
10124164    Berkel Midwest Sales &Service     4900 W 128th Pl      Alsip, Il 60803
10124165    Bright Electrical Supply Co     1401 W Washington Blvd       Chicago, Il 60607
10124166    CJ Vitner       4202 W 45th St      Chicago, IL 60632
10124167    CJ Vitner       c/o Biehl &Biehl      411 E Irving Park d       Bensenville, Il 60106
10124168    Capital One       PO Box 85520       Richmond, VA 23285−5520
10124169    Chase / Special Installment      200 Marcus Ave       2nd Floor      New Hyde Park, NY 11040
10124170    Chase Bank USA       270 Park Ave       New York, NY 10017−2070
10569670    Chase Bank USA, N.A.       c/o Weinstein &Riley, P.S.      2101 4th Avenue, Suite 900       Seattle, WA,
            98121
10124171    Chicago Baking Co       500 N Fulton Ave       Evansville, IN 47710
10124172    Chicago Filter Co       221 King St       Elk Grove Village, Il       60007
10124173    Chicago Sign       PO Box 75       Wheaton, Il 60189−0075
10124174    Chrysler Fianancial       Chrysler Credit Corporation       c/o Grossman, Mitzenmacher eta       53 W Jackson
            Blvd       Chicago, Il 60604
10124175    Chrysler Financial       PO Box 9223       Farmington Hills, MI 48333
10124176    Citibank (So Dakota) NA       C/O Blatt, Hasenmiller,       Liebsker &Moore LLC       125 S Wacker
            Dr       Chicago, IL 60606
10124177    Citibank South Dakota N A       Citibank Choice       Exception Payment Processing       Po Box 6305       The
            Lakes, NV 88901
10596455    Citibank USA NA       Po Box 182149       Columbus, OH 43218
10124178    City of Oak Forest       15440 S Central Ave       Oak Forest, Il 60452
10124179    Coca−Cola Enterprises Bottling       2335 Payshere Circle       Chicago, Il 60674
10124180    Commonwealth Edison       Bankruptcy Dept       2100 Swift Dr       Oak Brook, Il 60523
10124181    DPI Midwest       615 East Brook Dr       Arlington Heights, Il       60005
10124182    Dean's Ice Cream       1253 Kingsland Dr       Batavia, Il 60510
10124184    Dearborn Wholesale Grocers       c/o Teller, Levit, &Silvertru       Attorneys At Law       11 E Adams
            St       Chicago, Il 60603
10124196    Department of the Treasury−Internal Revenue Service       Centralized Insolvency Operations       P O Box
            21126       Philadelphia, PA 19114
10124197    Department of the Treasury−Internal Revenue Service       Centralized Insolvency Operations       P O Box
            21126       Philadelphia, PA 19114
10124185    Direct Loans       PO Box 7202       Utica, NY 13504−7202
10124186    Edy's Grand Ice Cream       3863 Collection Center Dr       Chicago, Il 60693
10124187    First Commonwealth       Chicago, Il 60607       Greensburg PA 15601
10124188    Frito−Lay       7701 Legacy dr       Plano, TX 75024
10124189    Fullmer Locksmith Service, Inc       8611 W Cermask Rd       North Riverside, Il       60546
10124190    G.T.L. Link to Life       c/o/ GTL Incoprated       PO Box 1661       Pittsfield, MA 01202
10124191    Gonnella Baking Co       2002 W Erie St       Chicago, Il 60612
10124192    Green Tree       800 Landmark Towers       345 St Peter St       Saint Paul, MN 55102
10643546    Green Tree Servicing LLC       Mailstop T120       7360 S Kyrene Road       Tempe, AZ 85283
10124193    Household Credit Services       PO Box 98706       Las Vegas, NV 89193−8706
10124194    ICEE Company       4701 Airport Dr       Ontarios, CA 91761
10124195    Illinois Fire Extinguisher Co       702 S Rohlwing Rd       Addison, Il 60101
10124198    Interstate Bakeries Corp       12 E Armour Blvd       Kansas City, MO 64111
10124199    John B Sanfilippo &Son, Inc       2299 Busse Rd       Elk Grove Village, IL       60007
10124200    Kraft       50 New Commerce Blvd       Wilkes Barre, PA 18762
10124201    Lemont Nursing &Rehab       12450 Walker Rd       Lemont, IL 60439
```

| | | | | |
|---|---|---|---|---|
| 10124202 | Lincoln Pinewood Apartments | 2219 S 9th Ave | Charleston, Il 61920 | |
| 10124203 | MCI Small Bus Ser | PO Box 17890 | Denver, CO 80217 | |
| 10124204 | MCI Telecommunications | c/o Mike Striepling | 205 N Michigan Ave Ste 25 | Chicago, Il 60601 |
| 10124205 | Mancari's of Orland Inc | 8821 W 159TH ST | Orland Hills, IL 60477 | |
| 10124206 | MetLife Insurance | PO Box 441 | Freeport, Il 61032 | |
| 10124207 | Mid America Bank | 55th & Holmes Ave | Clarendon Hills, IL 60514 | |
| 10124208 | Mid America Bank | 55th & Holmes Ave | Clarendon Hills, IL 60514 | |
| 10124209 | Mid America Fed S | 55th &Holmes Ave | Clarendon Hills, Il 60514 | |
| 10124210 | Mid−America Bank FSB | c/o Stone, Pogrund, &Korey | Attorneys At Law | 221 N LaSalle St Suite 320    Chicago, Il 60601 |
| 10124211 | Moore Wallace | 2275 Cabot Dr | Lisle, Il 60532 | |
| 10124212 | Muller−Pinehurst Dairy | PO Box 299 | Rockford, Il 61105 | |
| 10124213 | Nicor | Attn: Bankruptcy &Collections | PO Box 549 | Aurora, Il 60507 |
| 10124214 | O'Neill Products, Inc | 555 W 16th St | Chicago, Il 60616 | |
| 10124215 | Pepperidge Farm, Inc | PO Box 640758 | Pittsburgh, PA 15264 | |
| 10124216 | Pepsi Americas | 3501 Algonquin Rd | Rolling Meadows, Il 60008 | |
| 10124217 | Pepsi Cola Gen Bottlers | 1400 W 35th St | Chicago, Il 60609 | |
| 10124218 | Pepsico | PO Box 660059 | Dallas, TX 75266−0059 | |
| 10124219 | Power Distributing | 185 Industrial Dr | Elmhurst, Il 60126 | |
| 10124220 | R Christopher, Inc | 110 N Main | Mt Prospect, Il 60056 | |
| 10124222 | Royal Crown Cola Bottling | 2801 W 47th St | Chicago, Il 60632 | |
| 10124223 | Sears Premier Card | PO Box 45129 | Jacksonville, FL 32232−5129 | |
| 10124224 | Sears Premier Card | c/o Citi Cards | PO Box 6923 | The Lakes, NV 88901 |
| 10124225 | Snyder's of Hanover, Inc | 1250 York St | Hanover, PA 17331 | |
| 10124226 | South Town Food Service | 1038 N DuPage Ave | Lombard, Il 60148 | |
| 10124227 | State Farm Insurance | 2702 Ireland Grove Rd | Bloomington, Il 61709 | |
| 10124228 | Streamwood Plastics, Ltd | PO Box 427 | Streamwood, Il 60107 | |
| 10124229 | The American Bottling Co | 400 N Wolf Rd | Northlake, Il 60164 | |
| 10124230 | Thompson Mechanical Corp | 1990 Janice Ave | Melrose Park, Il 60160 | |
| 10124231 | Twin City Greeting, Inc | 340 St Joseph St | New Market, MN 55054 | |
| 10124232 | UFCW Platinum Mastercard | C/O Household Credit    Services | PO Box 80027 | Salinas, CA 93912−0027 |
| 10567146 | US DEPARTMENT OF EDUCATION | DIRECT LOAN SERVICING CENTER | PO BOX 5609    GREENVILLE, TX 75403−5609 | |
| 10124233 | Union Plus | C/O Household Credit Services | PO Box 80027 | Salinas, CA 93912−0027 |
| 10124234 | Union Plus | PO Box 60177 | City Of Industry, CA    91716 | |
| 10124235 | Wausau Tile, Inc | PO Box 1520 | Wausau, WI 54402−1520 | |
| 10124236 | Wells Fargo | Business Direct Operations | PO Box 348750 | Sacramento, CA 95834 |
| 10124237 | White Hen Pantry , Inc | 3003 Butterfield Rd | Oak Brook, IL 60523 | |
| 11281788 | eCAST Settlement Corporation assignee of | HSBC Bank Nevada NA / HSBC Card    Services III | POB 35480    Newark NJ 07193−5480 | |

TOTAL: 92