UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ) | Chapter 7 | |
| ) | | |
| LARRY O. HAYNES and ) | Case No. **05 B 49995** | |
| LYNNETTE M. HAYNES, ) | | |
| Debtors ) | Hon. Jacqueline P. Cox | |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: **United States Bankruptcy Court 219 S. Dearborn Street Ct Rm 619 Chicago, IL. 60604**

    On: **June 9, 2009**                        Time: **9:30 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $ 49,007.05 |
    | Disbursements | $ 43,050.67 |
    | Net Cash Available for Distribution | $ 5,956.38 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | David R. Herzog, Trustee in Bankruptcy | $ 1,250.00 | $ 1,250.00 | |
    | Herzog & Schwartz, P.C. Attorneys for Trustee | $ 1,250.00 | $ 1,250.00 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|

    N/A

6. Claims of priority creditors totaling $38,397.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be .09001561557%.

Allowed priority claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Internal Revenue Svc | $ 38,397.56 | $ 3,456.38 |

7. Claims of general unsecured creditors totaling $303,959.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. There are no funds available for distribution to the general unsecured creditors.

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. The Trustee proposes to abandon the following property at the hearing: N/A.

Dated:                                                        For the Court,

**Kenneth S. Gardner**
By: _____
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:     David R. Herzog
Address:    77 West Washington, Suite 1717
            Chicago, Illinois 60602
Phone No.: (312) 977-1600

# CERTIFICATE OF NOTICE

```
District/off: 0752-1                  User: sward                    Page 1 of 2                   Date Rcvd: May 11, 2009
Case: 05-49995                        Form ID: pdf002                Total Served: 88


The following entities were served by first class mail on May 13, 2009.
db/jdb        +Larry O Haynes,   Lynnette M Haynes,   10044 Huntington Ct,   Orland Park, Il 60462-3106
aty           +Frank A. Scafuri,   Frank A. Scafuri, Attorney at Law,   80 S LaGrange Road,   Ste. 8,
               LaGrange, IL 60525-6322
tr            +David R Herzog,   Herzog & Schwartz PC,   77 W Washington Suite 1717,   Chicago, IL 60602-3943
10124156      +A Barr Sales, Inc,   4424 Prescott,   Lyons, Il 60534-1932
10124157      +A T & T Universal Card,   8787 Baypine Rd,   Jacksonville, FL 32256-8528
10124158      +Acousti-Care,   Ceiling Tile Specialists,   1161 Squire Dr,   Aurora, Il 60505-1141
10124159      +Alarm Detection Systems,   1111 Church Rd,   Aurora, Il 60505-1905
10124160      +Albertson's Sav & Retirement,   c/o Fidelity Investments,   82 Devonshire St,
               Boston, MA 02109-3605
10124161      +American Bottling Co,   21431 Netwrok Pl,   Chicago, Il 60673-1214
10124162      +Anderson's Pest Control,   219 W Diversey,   Elmhurst, Il 60126-1103
10124163      +Bank One,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
10124164      +Berkel Midwest Sales & Service,   4900 W 128th Pl,   Alsip, Il 60803-3012
10124165      +Bright Electrical Supply Co,   1401 W Washington Blvd,   Chicago, Il 60607-1812
10124167      +CJ Vitner,   c/o Biehl & Biehl,   411 E Irving Park d,   Bensenville, Il 60106-2230
10124166      +CJ Vitner,   4202 W 45th St,   Chicago, IL 60632-4390
10124168       Capital One,   PO Box 85520,   Richmond, VA 23285-5520
10124169      +Chase / Special Installment,   200 Marcus Ave,   2nd Floor,   New Hyde Park, NY 11040-3417
10124170       Chase Bank USA,   270 Park Ave,   New York, NY 10017-2070
10569670      +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10124171      +Chicago Baking Co,   500 N Fulton Ave,   Evansville, IN 47710-1571
10124172      +Chicago Filter Co,   221 King St,   Elk Grove Village, Il 60007-1112,   60007
10124173      +Chicago Sign,   PO Box 75,   Wheaton, Il 60187-0075
10124174      +Chrysler Fianancial,   Chrysler Credit Corporation,   c/o Grossman, Mitzenmacher eta,
               53 W Jackson Blvd,   Chicago, Il 60604-3606
10124175      +Chrysler Financial,   PO Box 9223,   Farmington Hills, MI 48333-9223
10124176      +Citibank (So Dakota) NA,   C/O Blatt, Hasenmiller,,   Liebsker & Moore LLC,   125 S Wacker Dr,
               Chicago, IL 60606-4424
10124177      +Citibank South Dakota N A,   Citibank Choice,   Exception Payment Processing,   Po Box 6305,
               The Lakes, NV 88901-6305
10596455      +Citibank USA NA,   Po Box 182149,   Columbus, OH 43218-2149
10124178      +City of Oak Forest,   15440 S Central Ave,   Oak Forest, Il 60452-2195
10124179      +Coca-Cola Enterprises Bottling,   2335 Payshere Circle,   Chicago, Il 60674-0023
10124181      +DPI Midwest,   615 East Brook Dr,   Arlington Heights, Il 60005-4621,   60005
10124182      +Dean's Ice Cream,   1253 Kingsland Dr,   Batavia, Il 60510-1324
10124184      +Dearborn Wholesale Grocers,   c/o Teller, Levit, & Silvertru,   Attorneys At Law,
               11 E Adams St,   Chicago, Il 60603-6301
10124183      +Dearborn Wholesale Grocers,   c/o Teller Levit & Silvertrust P C,   11 E Adams Suite 800,
               Chicago, IL 60603-6324
10124185       Direct Loans,   PO Box 7202,   Utica, NY 13504-7202
10124186      +Edy's Grand Ice Cream,   3863 Collection Center Dr,   Chicago, Il 60693-0038
10124187       First Commonwealth,   Chicago, Il 60607,   Greensburg PA 15601
10124188      +Frito-Lay,   7701 Legacy dr,   Plano, TX 75024-4099
10124189      +Fullmer Locksmith Service, Inc,   8611 W Cermask Rd,   North Riverside, Il 60546-1225,
               60546
10124190      +G.T.L. Link to Life,   c/o/ GTL Incoprated,   PO Box 1661,   Pittsfield, MA 01202-1661
10124191      +Gonnella Baking Co,   2002 W Erie St,   Chicago, Il 60612-1318
10124193      +Household Credit Services,   PO Box 98706,   Las Vegas, NV 89193
10124194      +ICEE Company,   4701 Airport Dr,   Ontarios, CA 91761-7817
10124196     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10124195      +Illinois Fire Extinguisher Co,   702 S Rohlwing Rd,   Addison, Il 60101-4288
10124198      +Interstate Bakeries Corp,   12 E Armour Blvd,   Kansas City, MO 64111-1284
10124199      +John B Sanfilippo & Son, Inc,   2299 Busse Rd,   Elk Grove Village, IL 60007-6012,   60007
10124200      +Kraft,   50 New Commerce Blvd,   Wilkes Barre, PA 18762-0001
10124201      +Lemont Nursing & Rehab,   12450 Walker Rd,   Lemont, IL 60439-9301
10124202      +Lincoln Pinewood Apartments,   2219 S 9th Ave,   Charleston, Il 61920-4054
10124203      +MCI Small Bus Ser,   PO Box 17890,   Denver, CO 80217-0890
10124204      +MCI Telecommunications,   c/o Mike Striepling,   205 N Michigan Ave Ste 25,
               Chicago, Il 60601-5923
10124205      +Mancari's of Orland Inc,   8821 W 159TH ST,   Orland Hills, IL 60487-7404
10124206      +MetLife Insurance,   PO Box 441,   Freeport, Il 61032-0441
10124207       Mid America Bank,   55th & Holmes Ave,   Clarendon Hills,   IL 60514
10124209       Mid America Fed S&L,   55th & Holmes Ave,   Clarendon Hills, Il 60514
10124210      +Mid-America Bank FSB,   c/o Stone, Pogrund, & Korey,   Attorneys At Law,
               221 N LaSalle St   Suite 320,   Chicago, Il 60601-1206
10124211      +Moore Wallace,   2275 Cabot Dr,   Lisle, Il 60532-3653
10124212      +Muller-Pinehurst Dairy,   PO Box 299,   Rockford, Il 61105-0299
10124214      +O'Neill Products, Inc,   555 W 16th St,   Chicago, Il 60616-1146
10124215      +Pepperidge Farm, Inc,   PO Box 640758,   Pittsburgh, PA 15264-0758
10124216      +Pepsi Americas,   3501 Algonquin Rd,   Rolling Meadows, Il 60008-3103
10124217      +Pepsi Cola Gen Bottlers,   1400 W 35th St,   Chicago, Il 60609-1311
10124218       Pepsico,   PO Box 660059,   Dallas, TX 75266-0059
10124219      +Power Distributing,   185 Industrial Dr,   Elmhurst, Il 60126-1601
10124220      +R Christopher, Inc,   110 N Main,   Mt Prospect, Il 60056-2409
10124221      +Robert J Sheehy & Sons,   c/o James G Richert,   10723 W 159th Street,
               Orland Park, Il 60467-4531
10124222      +Royal Crown Cola Bottling,   2801 W 47th St,   Chicago, Il 60632-2035
10124223       Sears Premier Card,   PO Box 45129,   Jacksonville, FL 32232-5129
```

```
District/off: 0752-1          User: sward                    Page 2 of 2                   Date Rcvd: May 11, 2009
Case: 05-49995                Form ID: pdf002                Total Served: 88

10124224     +Sears Premier Card,   c/o Citi Cards,   PO Box 6923,   The Lakes, NV 88901-6923
10124225     +Snyder's of Hanover, Inc,   1250 York St,   Hanover, PA 17331-4503
10124226     +South Town Food Service,   1038 N DuPage Ave,   Lombard, Il 60148-1245
10124227     +State Farm Insurance,   2702 Ireland Grove Rd,   Bloomington, Il 61709-0002
10124228     +Streamwood Plastics, Ltd,   PO Box 427,   Streamwood, Il 60107-0427
10124229     +The American Bottling Co,   400 N Wolf Rd,   Northlake, Il 60164-1659
10124230     +Thompson Mechanical Corp,   1990 Janice Ave,   Melrose Park,  Il 60160-1009
10124231      Twin City Greeting, Inc,   340 St Joseph St,   New Market,  MN 55054
10124232      UFCW Platinum Mastercard,   C/O Household Credit,   Services,   PO Box 80027,
               Salinas,  CA 93912-0027
10567146      US DEPARTMENT OF EDUCATION,   DIRECT LOAN SERVICING CENTER,   PO BOX 5609,
               GREENVILLE, TX 75403-5609
10124234     +Union Plus,   PO Box 60177,   City Of Industry, CA 91716-0177,   91716
10124233      Union Plus,   C/O Household Credit Services,   PO Box 80027,   Salinas, CA 93912-0027
10124235      Wausau Tile, Inc,   PO Box 1520,   Wausau, WI 54402-1520
10124236     +Wells Fargo,   Business Direct Operations,   PO Box 348750,   Sacramento, CA 95834-8750
10124237      White Hen Pantry , Inc,   3003 Butterfield Rd,   Oak Brook, IL 60523
11281788      eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
               POB 35480,   Newark NJ 07193-5480

The following entities were served by electronic transmission on May 12, 2009.
10124180     +E-mail/Text: brandy.glashin@comed.com                           Commonwealth Edison,
               Bankruptcy Dept,   2100 Swift Dr,   Oak Brook, Il 60523-1559
10124192      E-mail/PDF: gecsedi@recoverycorp.com May 12 2009 06:30:57      Green Tree,   800 Landmark Towers,
               345 St Peter St,   Saint Paul, MN 55102
10643546     +E-mail/PDF: gecsedi@recoverycorp.com May 12 2009 06:31:17      Green Tree Servicing LLC,
               Mailstop T120,   7360 S Kyrene Road,   Tempe, AZ 85283-8432
10124213     +E-mail/Text: bankrup@nicor.com                           Nicor,   Attn: Bankruptcy & Collections,
               PO Box 549,   Aurora, Il 60507-0549
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10572517      MidAmerica Bank
aty*         +David R Herzog,   Herzog & Schwartz Pc,   77 W Washington Suite 1717,   Chicago, IL 60602-3943
10124197*   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10124208*     Mid America Bank,   55th & Holmes Ave,   Clarendon Hills, IL 60514
                                                                                               TOTALS: 1, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 13, 2009**             **Signature:**        *Joseph Speetjens*