# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| In re: HAYNES, LARRY O | § Case No. 05-49995 |
| HAYNES, LYNNETTE M | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID HERZOG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $44,350.00 |
| Total Distribution to Claimants: $331,744.21 | Claims Discharged Without Payment: $104,628.27 |
| Total Expenses of Administration: $26,438.79 | |

3) Total gross receipts of $ 408,126.44 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $393,126.44 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $318,639.15 | $0.00 | $318,639.15 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,786.29 | 10,786.29 | 26,438.79 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 43,124.49 | 43,124.49 | 13,105.06 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 104,628.27 | 104,628.27 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $477,178.20 | $158,539.05 | $358,183.00 |

4) This case was originally filed under Chapter 7 on October 12, 2005.
. The case was pending for 48 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/16/2009          By: /s/DAVID HERZOG
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| SINGLE FAMILY RESIDENCE | 1110-000 | 407,452.43 |
| Interest Income | 1270-000 | 674.01 |
| **TOTAL GROSS RECEIPTS** | | **$408,126.44** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Larry Haynes | Homestead Exemption | 8100-002 | 7,500.00 |
| Lynette Haynes | Homestead Exemption | 8100-002 | 7,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Midamerica Bank | 4110-000 | N/A | 318,639.15 | 0.00 | 318,639.15 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$318,639.15** | **$0.00** | **$318,639.15** |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Nick Guiffre | 3510-000 | N/A | 5,000.00 | 5,000.00 | 18,250.00 |
| Chicago Title | 2500-000 | N/A | 2,402.50 | 2,402.50 | 4,805.00 |
| Nicor | 2420-000 | N/A | 490.24 | 490.24 | 490.24 |
| Village of Orland Park | 2420-000 | N/A | 55.33 | 55.33 | 55.33 |
| Nicor | 2420-000 | N/A | 265.62 | 265.62 | 265.62 |
| International Sureties | 2300-000 | N/A | 35.74 | 35.74 | 35.74 |
| INTERNATIONAL SURETIES | 2300-000 | N/A | 30.87 | 30.87 | 30.87 |
| International Sureties | 2300-000 | N/A | 5.99 | 5.99 | 5.99 |
| David R. Herzog, Trustee in Bankruptcy | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Herzog & Schwartz | 3110-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 10,786.29 | 10,786.29 | 26,438.79 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## **EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Department of the Treasury-Internal Revenue Service | 5800-000 | N/A | 38,297.56 | 38,297.56 | 3,451.20 |
| Cook County | 5800-000 | N/A | 3,480.00 | 3,480.00 | 4,826.93 |
| Cook County | 5800-000 | N/A | 1,346.93 | 1,346.93 | 4,826.93 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 43,124.49 | 43,124.49 | 13,105.06 |

## **EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Department of the Treasury-Internal Revenue Service | 7100-000 | N/A | 15,415.91 | 15,415.91 | 0.00 |
| Dearborn Wholesale Grocers | 7100-000 | N/A | 18,600.00 | 18,600.00 | 0.00 |
| Muller-Pinehurst Dairy | 7100-000 | N/A | 7,785.65 | 7,785.65 | 0.00 |
| US DEPARTMENT OF EDUCATION | 7100-000 | N/A | 1,822.58 | 1,822.58 | 0.00 |
| Robert J Sheehy & Sons | 7100-000 | N/A | 2,780.69 | 2,780.69 | 0.00 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 19,367.75 | 19,367.75 | 0.00 |
| US DEPARTMENT OF EDUCATION | 7100-000 | N/A | 2,854.49 | 2,854.49 | 0.00 |
| Citibank USA NA | 7100-000 | N/A | 3,649.16 | 3,649.16 | 0.00 |
| Green Tree Servicing LLC | 7100-000 | N/A | 1,370.25 | 1,370.25 | 0.00 |
| Citibank South Dakota N A | 7100-000 | N/A | 18,719.96 | 18,719.96 | 0.00 |
| eCAST Settlement Corporation assignee of | 7100-000 | N/A | 12,261.83 | 12,261.83 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 104,628.27 | 104,628.27 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-49995  
**Case Name:** HAYNES, LARRY O  
HAYNES, LYNNETTE M  
**Period Ending:** 10/16/09

**Trustee:** (330520)   DAVID HERZOG  
**Filed (f) or Converted (c):** 10/12/05 (f)  
**§341(a) Meeting Date:** 12/27/05  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | SINGLE FAMILY RESIDENCE  (u)  (See Footnote) | 325,000.00 | 310,000.00 | | 407,452.43 | 0.00 |
| 2 | CASH ON HAND | 50.00 | 0.00 | | 0.00 | FA |
| 3 | SECURITY DEPOSIT - WHITE HEN FRANCHISE | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 4 | FURNITURE | 1,200.00 | 0.00 | | 0.00 | FA |
| 5 | BOOKS, CDs, DVDs | 150.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 7 | WEDDING RINGS | 750.00 | 0.00 | | 0.00 | FA |
| 8 | 401k | 24,000.00 | 0.00 | | 0.00 | FA |
| 9 | IRA - MIDAMERICA BANK | 700.00 | 0.00 | | 0.00 | FA |
| 10 | SHARES IN EZIO'S INC. | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 1992 BUICK CENTURY | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2002 SATURN | 8,500.00 | 0.00 | | 0.00 | FA |
| 13 | 1997 HARLEY DAVIDSON | 1,000.00 | 1,000.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 674.01 | Unknown |
| 14 | Assets   Totals (Excluding unknown values) | **$368,850.00** | **$316,000.00** | | **$408,126.44** | **$0.00** |

RE PROP# 1   $360,000 at closing. Net value after exemptions is  $345,000. Due to account transfers, system is  
noting receipt of $406452.43 with an adjustment of $46,452.43.

**Major Activities Affecting Case Closing:**

File final report.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2006       **Current Projected Date Of Final Report (TFR):**   February 15, 2009

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-49995 | | Trustee: | DAVID HERZOG (330520) |
|---|---|---|---|---|
| Case Name: | HAYNES, LARRY O | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | HAYNES, LYNNETTE M | | Account: | ***-*****78-65 - Money Market Account |
| Taxpayer ID #: | 13-7508110 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/16/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/21/06 | {1} | Chicago Title | Non-estate assets -- deposited in wrong account | 1280-000 | 42,447.09 | | 42,447.09 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 4.05 | | 42,451.14 |
| 03/31/06 | 1001 | Nicor | Final gas bill - closing | 2420-000 | | 490.24 | 41,960.90 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 26.66 | | 41,987.56 |
| 05/12/06 | 1002 | Nicor | Final gas bill (additional unbilled charges) - closing  Stopped on 09/22/06 | 7100-000 | | 265.62 | 41,721.94 |
| 05/12/06 | 1003 | Village of Orland Park | Final Water Bill - Closing | 2420-000 | | 55.33 | 41,666.61 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 28.53 | | 41,695.14 |
| 06/28/06 | {1} | Village of Orland Park | Refund - Overpayment of water bill | 1110-000 | 5.34 | | 41,700.48 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 27.60 | | 41,728.08 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 28.54 | | 41,756.62 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 28.56 | | 41,785.18 |
| 09/22/06 | 1002 | Nicor | Final gas bill (additional unbilled charges) - closing  Stopped: check issued on 05/12/06 | 7100-000 | | -265.62 | 42,050.80 |
| 09/22/06 | 1004 | Nicor | Final gas bill (additional unbilled charges) - closing | 2420-000 | | 265.62 | 41,785.18 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 26.72 | | 41,811.90 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 29.50 | | 41,841.40 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 27.67 | | 41,869.07 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 26.72 | | 41,895.79 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 27.93 | | 41,923.72 |
| 02/22/07 | 1005 | International Sureties | PRO-RATA BOND PREMIUM PAYMENT | 2300-000 | | 35.74 | 41,887.98 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.89 | | 41,908.87 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 22.37 | | 41,931.24 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.13 | | 41,954.37 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.15 | | 41,977.52 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.66 | | 41,999.18 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.92 | | 42,023.10 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.18 | | 42,046.28 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.95 | | 42,067.23 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 24.71 | | 42,091.94 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 21.90 | | 42,113.84 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 21.44 | | 42,135.28 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 19.26 | | 42,154.54 |

Subtotals :   $43,001.47   $846.93

{} Asset reference(s)

Printed: 10/16/2009 04:12 PM   V.11.50

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 05-49995 | | **Trustee:** | DAVID HERZOG (330520) |
| **Case Name:** | HAYNES, LARRY O | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | HAYNES, LYNNETTE M | | **Account:** | \*\*\*-\*\*\*\*\*78-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7508110 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 10/16/09 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 8.65 | | 42,163.19 |
| 03/12/08 | 1006 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #05-49995 Voided on 03/12/08 | 2300-000 | | 35.32 | 42,127.87 |
| 03/12/08 | 1006 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #05-49995 Voided: check issued on 03/12/08 | 2300-000 | | -35.32 | 42,163.19 |
| 03/12/08 | 1007 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #05-49995 Voided on 03/12/08 | 2300-000 | | 30.87 | 42,132.32 |
| 03/12/08 | 1007 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #05-49995 Voided: check issued on 03/12/08 | 2300-000 | | -30.87 | 42,163.19 |
| 03/12/08 | 1008 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #05-49995 | 2300-000 | | 30.87 | 42,132.32 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 7.83 | | 42,140.15 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.87 | | 42,146.02 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.27 | | 42,151.29 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.35 | | 42,156.64 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.35 | | 42,161.99 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.01 | | 42,167.00 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.53 | | 42,172.53 |
| 10/03/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.34 | | 42,172.87 |
| 10/03/08 | | To Account #\*\*\*\*\*\*\*\*7866 | Transfer of funds - Correction of Account | 9999-000 | | 42,172.87 | 0.00 |
| 01/29/09 | | From Account #\*\*\*\*\*\*\*\*7866 | | 9999-000 | 5,956.15 | | 5,956.15 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 5,956.16 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,956.38 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 5,956.63 |
| 04/14/09 | 1009 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/14/2009 FOR CASE #05-49995 | 2300-000 | | 5.99 | 5,950.64 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 5,950.88 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.23 | | 5,951.11 |

Subtotals : $6,006.30   $42,209.73

{} Asset reference(s)

Printed: 10/16/2009 04:12 PM   V.11.50

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 05-49995  
**Case Name:** HAYNES, LARRY O  
HAYNES, LYNNETTE M  
**Taxpayer ID #:** 13-7508110  
**Period Ending:** 10/16/09

**Trustee:** DAVID HERZOG (330520)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****78-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/11/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.09 | | 5,951.20 |
| 06/11/09 | | To Account #********7866 | | 9999-000 | | 5,951.20 | 0.00 |
| | | | ACCOUNT TOTALS | | 49,007.86 | 49,007.86 | $0.00 |
| | | | Less: Bank Transfers | | 5,956.15 | 48,124.07 | |
| | | | Subtotal | | 43,051.71 | 883.79 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $43,051.71 | $883.79 | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 05-49995  
**Case Name:** HAYNES, LARRY O  
HAYNES, LYNNETTE M  
**Taxpayer ID #:** 13-7508110  
**Period Ending:** 10/16/09  

**Trustee:** DAVID HERZOG (330520)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*78-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/03/08 | | From Account #\*\*\*\*\*\*\*\*7865 | Transfer of funds - Correction of Account | 9999-000 | 42,172.87 | | 42,172.87 |
| 10/08/08 | | Estate of Roman and Sharon Bender | Correction of Account | | 5,956.15 | | 48,129.02 |
| | {1} | Gina Diani - Chicago Title | Sale of Real Estate     365,000.00 | 1210-000 | | | 48,129.02 |
| | | Nick Guiffre | Broker Commission     -18,250.00 | 3510-000 | | | 48,129.02 |
| | | Chicago Title | Closing costs     -2,402.50 | 2500-000 | | | 48,129.02 |
| | | Midamerica Bank | 1st mortgage     -318,639.15 | 4110-000 | | | 48,129.02 |
| | | Cook County | County real estate taxes     -3,480.00 | 5800-000 | | | 48,129.02 |
| | | Larry Haynes | Homestead Exemption     -7,500.00 | 8100-002 | | | 48,129.02 |
| | | Lynette Haynes | Homestead Exemption     -7,500.00 | 8100-002 | | | 48,129.02 |
| | | Cook County | County Real Estate Taxes     -1,346.93 | 5800-000 | | | 48,129.02 |
| | Int | | 74.73 | 1270-000 | | | 48,129.02 |
| 10/08/08 | 101 | Estate of Roman and Susan Bender | Correction of Accounts | 9999-000 | | 42,172.87 | 5,956.15 |
| 01/29/09 | | To Account #\*\*\*\*\*\*\*\*7865 | | 9999-000 | | 5,956.15 | 0.00 |
| 06/11/09 | | From Account #\*\*\*\*\*\*\*\*7865 | | 9999-000 | 5,951.20 | | 5,951.20 |
| 06/11/09 | 102 | David R. Herzog, Trustee in Bankruptcy | Final Distribution | 2100-000 | | 1,250.00 | 4,701.20 |
| 06/11/09 | 103 | Herzog & Schwartz | Final Distribution | 3110-000 | | 1,250.00 | 3,451.20 |
| 06/11/09 | 104 | Department of the Treasury-Internal Revenue Service | | 5800-000 | | 3,451.20 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 54,080.22 | 54,080.22 | $0.00 |
| | | | Less: Bank Transfers | | 48,124.07 | 48,129.02 | |
| | | | **Subtotal** | | 5,956.15 | 5,951.20 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,956.15** | **$-9,048.80** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # \*\*\*-\*\*\*\*\*78-65** | 43,051.71 | 883.79 | 0.00 |
| **Checking # \*\*\*-\*\*\*\*\*78-66** | 5,956.15 | -9,048.80 | 0.00 |
| | **$49,007.86** | **$6,834.99** | **$0.00** |

{} Asset reference(s)